**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.:**

SUSAN HARVEY, an individual, and
CHARLES BLANCHARD JR, an individual,

Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC., a Georgia corporation, GREP SOUTHWEST, LLC, a Delaware limited liability company,

Defendants.

---

## NOTICE OF REMOVAL

---

Defendant, National Credit Systems, Inc. ("NCS"), hereby gives notice of removal of this action from the District Court in Adams County located in Brighton, Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support thereof, NCS states:

1. On or about September 5, 2017, Plaintiffs Susan Harvey and Charles Blanchard Jr. ("Plaintiffs") filed the above captioned civil action in the District Court in Adams County.

2. NCS was served with the Complaint on Setember 15, 2017. Accordingly, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b).

3. This matter is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be properly removed pursuant to 28 U.S.C. §§ 1441 and 1446, as the claims asserted in the Complaint arise under the laws of the United States and raise one or more federal questions.

4. Plaintiff's complaint purports to assert violations of the Fair Debt Collection Practices Act ("FDCPA"), 15. U.S.C. § 1692 *et seq*.

5. The district courts of the United States have original jurisdiction in civil actions arising under the FDCPA.

7. NCS removes this action to the United States District Court for the District of Colorado because it is the venue that encompasses Adams County, Colorado. NCS removes this action without prejudice to NCS' right to seek transfer of this action pursuant to 28 U.S.C. § 1404, if and as appropriate.

8. True and correct copies of the following are attached to this Notice of Removal:

(a) all process, pleadings and orders which have been served upon NCS in this action are attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a) and this Court's ECF guidelines; and,

(b) the Notice of Filing of Notice of Removal which has been served upon Plaintiff and filed with the Clerk of Court for the District Court in Adams County is attached hereto as **Exhibit B** in accordance with 28 U.S.C. § 1446(d).

9. Based upon the foregoing, this action is properly removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

WHEREFORE, Defendant National Credit Systems, Inc. requests that this action proceed in the United States District Court for the District of Colorado.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

Dated: October 6, 2017

**<u>CERTIFICATE OF SERVICE</u>**

I, Charity A. Olson, hereby certify that on October 6, 2017, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served upon the following parties as follows:

<u>Via FedEx Standard Overnight</u>
Adams County District Court
District Civil Division – Clerk
1100 Judicial Center Drive
Brighton, CO 80601

<u>Via U.S. First Class Mail</u>
Adam J. O'Rourke
O'Rourke Law Firm, LLC
155 Madison Street Suite 200
Denver, CO 80206

The Corporation Company
c/o GREP Southwest, LLC
7700 E. Arapahoe Rd., Ste. 220
Centennial, CO 80112

*<u>/s/ Charity A. Olson</u>*
Charity A. Olson
**BROCK & SCOTT, PLLC**