# EXHIBIT A:
# PLAINTIFF'S COMPLAINT
# PART 2

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Wayne W. Williams, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

NATIONAL CREDIT SYSTEMS, INC.

is an entity formed or registered under the law of Georgia has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20011235552 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 03/20/2017 that have been posted, and by documents delivered to this office electronically through 03/21/2017 @ 14:38:02 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 03/21/2017 @ 14:38:02 in accordance with applicable law. This certificate is assigned Confirmation Number 10142517 .

STATE OF COLORADO
NIL SINE NUMINE
1876

Secretary of State of the State of Colorado

*******************************************End of Certificate*******************************************

*<u>Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective</u>. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. <u>Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate</u>. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

EXHIBIT 1

COLORADO APARTMENT ASSOCIATION

# Apartment Lease Contract

NATIONAL APARTMENT ASSOCIATION

Date of Lease Contract: July 24, 2016
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing*

## Moving In — General Information

1. PARTIES. This Lease Contract (sometimes referred to as the "Lease") is between *you*, the resident(s) *(list all people signing the Lease Contract)*: Charles Blanchard JR, Susan Harvey and *us*, the owner: Bel Thornton I LLC, and BEL Thornton II LLC *(name of apartment community or title holder)*. You've agreed to rent Apartment No. 0727, at 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. "You" and "Your," regardless of whether or not specifically stated in any provision, also means occupants, family members, and guests. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

2. OCCUPANTS. The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*:

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than 7 consecutive days without our prior written consent, and no more than twice that many days in any one month. *If the previous space isn't filled in, two days per month is the limit.* Upon Owner's request, Resident shall provide in writing the name, phone number, and a copy of photo ID, of any unauthorized occupant who has occupied the premises for more than seven days in Owner's reasonable judgment. If we claim any person is an unauthorized occupant, you must provide to us and to any court that the unauthorized person does not live at the premises.

3. LEASE TERM. The initial term of the Lease Contract begins on the 30th day of September, 2016, and ends at midnight the 27th day of July, 2017. This Lease Contract will automatically renew month-to-month unless either party gives at least 60 days written notice of termination or intent to move-out as required by paragraph 37. If the number of days isn't filled in, at least 30 days notice is required.

4. SECURITY DEPOSIT. Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ 0.00, due on or before the date this Lease Contract is signed. Owner's management company or representative, whose address appears at the end of this Lease Contract, shall initially hold your security deposit, subject to transfer upon sale or a change in management, as authorized by law. If Owner sells the community, upon Owner's compliance with the applicable law, you agree to look solely to any successor Owner, or any successor Owner's agent, broker or manager, as the case may be, for satisfaction of all claims relating to said security deposit, and shall not look to Owner. Upon a sale or change in management, you specifically consent to and authorize the transfer of your security deposit to a successor Owner or management company.

5. KEYS AND FURNITURE. You will be provided 2 apartment key(s), 2 mailbox key(s), and 1 other access devices for Pool Key. Your apartment will be *[check one]*: ☐ furnished or ☒ unfurnished.

6. RENT AND CHARGES. Unless modified by addenda, you will pay $ 1487.00 per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☐ at our online payment site, or
☐ at ______
or at any such other place we may designate in writing.

You must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. If we have a dropbox, lockbox, or any other unattended rent drop (collectively "dropbox") for rent payments, the dropbox is for your convenience only. You agree that any payment placed into a rent dropbox is not delivered to us unless your payment is in the dropbox when opened by us. Until any payment put in the dropbox is delivered to us, you bear the risk of loss, including by theft, of any payments, put in the dropbox. In the event you deliver a payment(s) to us, and said payment(s) is stolen from us, regardless of fault, you agree to promptly cooperate with us in tracing or replacing the stolen funds. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the 3rd day of the month, you'll pay an initial late charge of $ 75.00 plus a late charge of $ 10.00 per day after that delinquency date until paid in full. Daily late charges for any given month will not exceed the number of days in the month that the rent remains unpaid. You'll also pay a charge of $ 25.00 or the maximum allowed by state statute whichever is lower, for each returned check or rejected electronic payment, plus initial and daily late charges from delinquency date until we receive acceptable payment. If you are delinquent, all remedies under this Lease Contract and at law will be authorized, including eviction. If you make any payment in response to an eviction notice after the notice has expired, you shall pay us our current eviction administrative fees and attorney's fees. The eviction administrative fee is not a late fee or penalty, but rather is in addition to any charges set forth in this Lease Contract. You will also owe us all sheriff's fees if you are evicted and we incur sheriff's fees. Regardless of whether specifically stated in any applicable provision of this Lease Contract or any addenda, any and all rent, amounts, charges, sums, damages, or money owed by you under this Lease Contract or any addenda shall be considered rent, and we shall have all remedies for non-payment of any amount including eviction.

Prorated Rent. If this Lease Contract commences on a date other than the FIRST day of the month, the Rent for the partial month shall be due upon execution of the Lease Contract. Notwithstanding any preliminary calculations to the contrary. Prorated rent of $ 49.57 is due for the period of ______, ______ to ______.

7. UTILITIES. We'll pay for the following items, if checked:
☐ water ☐ gas ☐ electricity ☐ master antenna
☐ wastewater ☐ trash ☐ cable TV ☐ other ______

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected—including disconnection for not paying your bills—until the Lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

8. INSURANCE. We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, mold, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

To protect yourself against loss or damage from any cause, we urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Additionally, you are *[check one]* ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is a breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

9. LOCKS AND LATCHES. You must notify us immediately of any inoperable door, window, latch, or lock. Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the Lease term. We must comply with those requests, but you must pay for them.

What You Are Now Requesting. You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request:

☒ keyed deadbolt lock ☒ doorviewer
☒ keyless deadbolt ☐ sliding door pinlock
☐ sliding door bar

Payment for Rekeying, Repairs, Etc. Upon demand, you must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request.

07252016286501C013012350


© 2015, National Apartment Association, Inc. - 9/2015, Colorado


EXHIBIT 3

## Special Provisions and "What If" Clauses

10 SPECIAL PROVISIONS. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

See special provisions on the last page

See any additional special provisions.

11. EARLY MOVE-OUT.

☐ BOX 1: RE LETTING CHARGE:
If this box is checked, you'll be liable to us for a reletting charge of $ 1183.20 if you:
(1) fail to give written move-out notice as required in paragraphs 23 or 37, or
(2) move out without paying rent in full for the entire Lease Contract term or renewal period; or
(3) move out at our demand because of your default; or
(4) are judicially evicted.

The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract.

Not a Release. The reletting charge is not a lease cancellation fee or buyout fee. It is an agreed to liquidated amount covering only part of our damages, that is, our time, effort, and expense in finding and processing a replacement. These damages are uncertain and difficult to ascertain—particularly those relating to inconvenience, paperwork, advertising, showing apartments, utilities for showing, checking prospects, office overhead, marketing costs, and locator-service fees. You agree that the reletting charge is a reasonable estimate of such damages and that the charge is due whether or not our reletting attempts succeed. If no amount is stipulated, you must pay our actual reletting costs so far as they can be determined. The reletting charge does not release you from continued liability for: future or past-due rent; repayment of concessions or discounts; charges for cleaning, repairing, repainting, or unreturned keys; or other sums due.

☐ BOX 2: LIQUIDATED DAMAGES:
If this box is checked, it replaces paragraph 11 Box 1 in its entirety and you'll be liable to us for liquidated damages in the amount set forth below if you:
1) fail to give written move-out notice as required in paragraphs 23 or 37; or
(2) move out without paying rent in full for the entire Lease Contract term or renewal period; or
(3) move out at our demand because of your default; or
(4) are judicially evicted.

You agree to pay us for liquidated damages in the amount of $__________ as well as pay, repay, or refund any concessions and move in discounts in the total amount set forth in the Lease Contract or Lease Addendum for Rent Concession or Other Rent Discount. You agree that the liquidated damages is an amount agreed to by you in consideration of, among other things, our waiver to seek from you future rent for the entire amount of any uncompleted rental term, plus re-letting related fees, costs, and expenses. For the reasons stated and because the re-renting of the premises after you break this Lease Contract cannot be determined with any certainty, you agree that the liquidated damages amount represents a fair amount and method to allocate the numerous risks and liabilities regarding future rent and re-letting damages. You agree the liquidated damages amount only relieves you from liability for the future payment of monthly Rent and re-letting related costs and expenses, and will not under any circumstances release you for any liability to us under this Lease Contract for any other charges or amounts due under the Lease Contract, including but not limited to unpaid utilities, cleaning charges, or any physical damages to the premises, and you will at all times remain liable for said amounts or any other breaches of the Lease Contract. We will retain all remedies for your breaches and other non-compliance with the Lease Contract. You will not be released from liability on this Lease Contract for any reason whatsoever unless specifically released by us in writing.

If neither BOX 1 nor BOX 2 above is checked, BOX 1 RELETTING CHARGE shall apply in the event of your early move out.

12. REIMBURSEMENT. Upon demand you must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community incurred by us due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Regardless of whether specifically stated in any applicable provision of this Lease Contract, you are always liable to us for any damage caused by you, and any occupant, child, family member, guest, invitee, licensee, or any other person that comes on the community because of you. Your liability to us for damages includes but is not limited to: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. PROPERTY LEFT IN APARTMENT. Removal After Surrender, Abandonment, or Eviction. We or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment (see definitions in paragraph 42).

Storage. We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. You must pay reasonable charges for our packing, removing, storing, and selling any property. We have a lien on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

Redemption. If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, early move-out charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

Disposition or Sale. Except for animals and property removed after the death of a sole resident, if you abandon the premises or vacate the premises upon the expiration or termination of the Lease Contract while leaving personal property within the premises, you specifically and irrevocably waive all title and interest you have in such property and grant us full authority to immediately dispose of the property without notice, court order, or accountability. You agree to indemnify us, our employees and representatives against any claim or cost for any damages or expense with regard to the removal, disposal or storage of any property, including attorneys' fees and costs regardless of who makes a claim against us or any other indemnified party in connection with our removal of any property. We may throw away or give to a charitable organization all items of personal property that are: (1) left in the apartment after surrender or abandonment; or (2) left outside more than 1 hour, or any period legally required, after a writ or restitution is executed, following a judicial eviction. Animals removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, which must be held no sooner than 30 days after written notice of date, time, and place of sale is sent by both regular mail and certified mail (return receipt requested) to your last known address. The notice must itemize the amounts you owe and the name, address, and phone number of the person to contact about the sale, the amount owed, and your right to redeem the property. Sale may be public or private, is subject to any third-party ownership or lien claims, must be to the highest cash bidder, and may be in bulk, in batches, or item-by-item. Proceeds exceeding sums owed must be mailed to you at your last known address within 30 days after sale.

14. FAILING TO PAY FIRST MONTH'S RENT. If you don't pay the first month's rent and all other sums due and owing when or before the Lease Contract begins, all remedies pursuant to this Lease Contract and at law will apply. We also may end your right of occupancy and recover damages, early move-out charges, attorney's fees, court costs, and other lawful charges. Our rights and remedies under paragraphs 11 and 32 apply to acceleration under this paragraph.

15. RENT INCREASES AND LEASE CONTRACT CHANGES. No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 18. If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or Lease Contract changes effective when the Lease Contract term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or Lease changes. Unless you give us required written move-out notice under 3 (Advance Notice Deadline) and 37, the new modified Lease Contract will begin on the date stated in the notice without necessity of your signature. If you are on month-to-month status under paragraph 3, we can raise your rent or change Lease terms in accordance with this paragraph.

16. DELAY OF OCCUPANCY. If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Your termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment, or if we have offered you substitute premises of comparable location and quality at no additional cost to you.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the initial term as set forth in Paragraph 3—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date—you may terminate the Lease Contract within 3 days of the date on the notice, but not later.
(2) If we give written notice to any of you before the initial term as set forth in Paragraph 3 and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days of the date on the notice, but not later. The readiness date is considered the new initial term as set forth in Paragraph 3 for all purposes. This new date may not be moved to an earlier date unless we and you agree.

17. DISCLOSURE RIGHTS. If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

07252016286502C013012350

## While You're Living in the Apartment

18. COMMUNITY POLICIES OR RULES. You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are part of this Lease Contract. Your violation or breach of our rules is a default for which we may exercise any remedy. We may make reasonable changes to written rules, effective upon distribution to all applicable units without prior notice to you, if they do not change dollar amounts on page 1 of this Lease Contract. We may change rules without prior notice to you and regardless of whether you acknowledge receiving or consenting to any change to any rule at any time.

19. LIMITATIONS ON CONDUCT. You will use the premises as your principal residence, solely as a private residential household, not for any unlawful purposes, and or for any other purpose whatsoever. You, your occupants, and guests will show due consideration for others by not permitting, committing, or suffering any conduct, disorderly or otherwise, noise, vibration, odor, or other nuisance whatsoever having a tendency to annoy or disturb others and to use no machinery, device, or any other apparatus which would damage the premises or annoy others; and interfering with, disturbing, or threatening the rights, comfort, health, safety, convenience, quiet enjoyment, management, and use of the community by us, other residents and occupants and any of their guests, agents, invitees, or the general public. You, and any occupants, and guests may not disrupt or interfere with our business operations, or communicate with us in a rude, hostile, or unreasonable manner, including times, manner and amount of communications, or injure our reputation by making bad faith allegations against us to others. We are the sole judge of acceptable conduct.

The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles and compliance with all laws. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use and appearance of patios, balconies, and porches; (2) the conduct of movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may limit or prohibit your right to photograph or video the common areas or others. We may exclude from your apartment or the apartment community, guests or others who, in our reasonable judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may deny any person access to the premises, including by changing the locks, if any court or legal order restrains or bars said person from the premises. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

20. PROHIBITED CONDUCT. You and your occupants or guests shall not engage in, commit, or permit criminal or unlawful activities whether or not such unlawful activities occur in, near, or about the premises, including but not limited to the manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance (as defined by any law), or drug paraphernalia; engaging in or threatening violence, possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area; storing anything in closets having gas appliances, tampering with utilities or telecommunications; or bringing hazardous materials into the apartment community. You and your occupants shall not register the address of the premises or any part of the apartment community on any list of registered sex offenders or similar list or compilation. You agree that any act set forth in this paragraph constitutes a material breach of this Lease. Upon any violation of the paragraph by you, we may terminate your right to occupancy upon three days' notice to quit.

21. PARKING. We may regulate the time, manner, and place of parking all cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. We may have unauthorized or illegally parked vehicles towed under an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

22. RELEASE OF RESIDENT. Unless you're entitled to terminate this Lease Contract under paragraphs 10, 16, 23, 31, or 37, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

23. MILITARY PERSONNEL CLAUSE. You may terminate the Lease Contract if you enlist or are drafted or commissioned and on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:

(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*
(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days after the date on which your next rental payment is due. You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount specified in paragraph 11. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

24. RESIDENT SAFETY AND PROPERTY LOSS. You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke and Carbon Monoxide Detectors.** We'll furnish smoke and carbon monoxide detectors as required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke and carbon monoxide detector malfunctions to us. Neither you nor others may disable smoke and carbon monoxide detectors. If you disable or damage the smoke and carbon monoxide detectors, or fail to replace a dead battery or report known smoke and carbon monoxide detectors malfunctions to us, and if your action or inaction causes loss, damage, or fines from fire, smoke, or water to us or others, you will be liable for such loss, damage, or fines.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, mold, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. You must maintain appropriate or reasonable climate control, ventilation, and lighting in the unit based on the circumstances. You must—for 24 hours a day during freezing weather (1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you

07252016286503C013012350


© 2015, National Apartment Association, Inc. - 9/2015, Colorado

must make a written report to our representative and to the appropriate local law-enforcement agency. You also must furnish us with the law-enforcement agency's incident report number upon request.

25. CONDITION OF THE PREMISES AND ALTERATIONS. Except for conditions materially affecting the health or safety of ordinary persons, you accept the apartment, fixtures, and furniture as is. To the extent not prohibited by law, we disclaim all implied warranties or covenants, including but not limited to warranties or covenants of quiet enjoyment. You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining and not damaging the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke or carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

26. REQUESTS, REPAIRS, AND MALFUNCTIONS. IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must immediately notify us in writing of: water leaks; moisture accumulation; mold; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

Regardless of the extent of damage to the premises or any portion of the community, if we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you or would be impractical, in our sole discretion, we may terminate this Lease Contract or relocate you at our cost within the apartment community within a reasonable time by giving you written notice. If we terminate the Lease Contract under this paragraph, we'll refund prorated rent and all deposits, less lawful deductions.

27. ANIMALS. No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, in your apartment or anywhere on the apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges; however, if the animal is an assistive animal for a disabled person, you are not required to pay an animal deposit. An animal deposit is considered a general security deposit. We will authorize for a disabled (handicapped) person assistive animal(s) allowed under fair housing laws. When appropriate, we may request a written statement from a qualified third party verifying the need for the assistive animal. You must not feed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except for attorney's fees and litigation costs) in enforcing animal restrictions and rules. We may remove any unauthorized, neglected, or abandoned animal by (1) leaving, in a conspicuous place in the apartment, a 24-hour written notice of intent to remove the animal, and (2) following the procedures of paragraph 28. We may keep or kennel the animal or turn it over to a humane society or local authority. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges.

28. WHEN WE MAY ENTER. If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, then such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; *and*
(2) entry is for any legitimate purpose including but not limited to responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke and carbon monoxide detectors batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices; removing or rekeying unauthorized security devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials), or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected; removing unauthorized animals; cutting off electricity according to statute; retrieving property owned or leased by former residents; inspecting when immediate danger to person or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents.

29. MULTIPLE RESIDENTS OR OCCUPANTS. Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of Lease Contract termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 42.

## Replacements

30. CHANGING RESIDENTS. You may not assign or sublet without our prior written consent, which may be withheld in our absolute discretion. Replacing, adding, or subcontracting a resident is allowed only with our written consent. We may specifically condition any changes to authorized occupants upon among other things, successful completion of the application process by any proposed new resident, payment of application fees or other customary fees and charges required by new residents, and the execution of any documents we deem necessary. The departing resident must agree in writing as to the disposition of any security deposit. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease term unless we agree otherwise in writing—even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

31. RESPONSIBILITIES OF OWNER. We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 25;
(2) maintain fixtures, furniture, hot water, heating and A/C equipment;
(3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate this Lease Contract and exercise other remedies under state statute only as follows:

(a) you must make a written request for repair or remedy of the condition, and all rent must be current at the time;
(b) after receiving the request, we have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities; and
(c) if we haven't diligently tried to repair within a reasonable time, you must then give us written notice of intent to terminate the Lease Contract within not less than 10 days nor greater than 30 days, if the repair is not made within 5 days.

32. DEFAULT BY RESIDENT. You shall be in default if you break or fail to observe or perform any promise, agreement, or covenant set forth in this Agreement or any Addendum, including but not limited to your failure to timely and fully pay any Rent and other amounts due, abandoning or vacating the premises without fully performing all Lease terms and conditions, or if you shall make any misrepresentation. Regardless of whether specifically stated in any Lease provisions or Addendum, you


© 2015, National Apartment Association, Inc. - 9/2015, Colorado

are always responsible for the conduct of, shall be liable for, and shall also be in default if any occupant, family member, children, guest, invitee, or any other person in or about the premises, coming to or leaving the premises, or on Owner's Property due to you, or with your knowledge or consent breaches or fails to observe any of your covenants, promises, or obligations contained in this Agreement or any Addendum. You will also be in default if you in bad faith, make any invalid complaint to an official or employee of a utility company or the government. If you fail to cure any default, provided any default can be cured, or commit a non-curable default either defined by this Agreement or by law, you shall be in breach of this Agreement and Owner shall have all remedies provided in this Agreement and at law.

**False Application.** You executed this Lease Contract after completing a Rental Application. You acknowledge that we entered into this Lease Contract in reliance on the information contained in your Rental Application. If it is determined at any time that such information is incorrect, false, or materially misleading, we shall have the option to terminate your right of occupancy upon three days' notice to quit.

**Right to cure.** Unless we have the specific right to terminate your right of occupancy, you have a statutory right to cure all other violations within 3 days.

**Eviction.** If you default, we may end your right of occupancy by giving you written notice required by statute or by this Lease Contract. Notice may be by: (1) personal delivery to any resident; (2) personal delivery at the apartment to any occupant over 16 years old; or (3) affixing the notice to the apartment's main entry door. Unless we have specifically released you in writing, termination of your possession rights or subsequent reletting doesn't release you from liability for early move-out charges or other lease obligations. After giving notice to vacate or filing an eviction suit, we may still accept rent or other sums due; the filing or acceptance doesn't waive or diminish our right of eviction, or any other contractual or statutory right. Accepting money at any time doesn't waive our right to damages; past or future rent or other sums; or to continue with eviction proceedings.

**Acceleration of Future Rent.** Unless damages are liquidated pursuant to paragraph 11, all future monthly rent for the rest of the Lease term or renewal period will be accelerated automatically without notice or demand and will be immediately due and delinquent if, without our written consent: (1) you move out, remove property in preparing to move out, or give oral or written notice (by you or any occupant) of intent to move out before the Lease Contract term or renewal period ends; and (2) you've not paid all rent for the entire Lease term or renewal period. Unless damages are liquidated pursuant paragraph 11, remaining rent also will be accelerated if you're judicially evicted or move out when we demand because you've defaulted. Acceleration is subject to our mitigation obligations below.

**Holdover.** You or any occupant, invitee, or guest must not wrongfully hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a wrongful holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) rent for the holdover period will be increased by 25% over the then existing rent, without notice; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) at our option, we may extend the Lease term of a new resident—for up to one month from the date of notice of lease extension—by delivering written notice to you or your apartment while you continue to hold over.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out without fully performing all of your Lease Contract covenants, you will pay, repay, or refund to us any amounts stated to be rental discounts in this Lease Contract or any addendum, in addition to other sums due. Upon your default, we have all other legal remedies, including lease termination. Unless a party is seeking exemplary, punitive, sentimental or personal-injury damages, the court shall award the prevailing party from the non-prevailing party attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 18% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. In the event Box 1 in paragraph 11 is checked, we will exercise customary diligence to relet and minimize damages, and we'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

## General Clauses

33. **MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances. All of your obligations under this Lease Contract (including payment of all sums) are independent covenants. A violation on our part is not a defense to eviction. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All Lease Contract obligations must be performed in the county where the apartment is located.

WAIVER OF JURY TRIAL. To minimize legal expenses and, to the extent allowed by law, you and we agree that a trial of any lawsuit based on statute common law, and/or related to this Lease Contract shall be to a judge and not a jury.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**Obligation to Vacate.** Resident shall vacate the premises and remove all of Resident's personal property therefrom at the expiration of the Lease term without further notice or demand from Owner.

FORCE MAJEURE: If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

34. PAYMENTS. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than base monthly rent are due upon our demand. After the due date and any legally required demand period, we do not have to accept the rent or any other payments.

35. ASSOCIATION MEMBERSHIP. We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## Security Guidelines for Residents

36. SECURITY GUIDELINES. In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your apartment, including any children you may have, about these guidelines.

PERSONAL SECURITY—WHILE INSIDE YOUR APARTMENT

1. Lock your doors and windows—even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone—regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a right to have that done, as long as you pay for the rekeying.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke and carbon monoxide detectors, monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or


© 2015, National Apartment Association, Inc. - 9/2015, Colorado

malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.

11. Immediately report to management—in writing, dated and signed—any needed repairs of locks, latches, doors, windows, smoke and carbon monoxide detectors, and alarm systems.
12. Immediately report to management—in writing, dated and signed—any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

PERSONAL SECURITY—WHILE OUTSIDE YOUR APARTMENT

15. Lock your doors while you're gone. Lock any door handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

PERSONAL SECURITY—WHILE USING YOUR CAR

26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as compact discs, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car—whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night—or anytime when you suspect danger.

PERSONAL SECURITY AWARENESS

No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. We disclaim any express or implied warranties of security. The best safety measures are the ones you perform as a matter of common sense and habit.

## When Moving Out

37. MOVE-OUT NOTICE. Before moving out, you must give us advance written move-out notice as provided below and in accordance with paragraph 3. If your move-out notice is for a date prior to the end of your Lease Contract or renewal, your move-out notice will not release you from full liability for the Lease Contract or renewal term. YOUR MOVE OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.
- Your move-out notice must not be for a date prior to the end of the Lease Contract term or renewal.
- Regardless of when or who gives notice, you agree to pay and shall be liable to us for Rent for the entire notice period, regardless of whether you occupy the premises for the entire notice period. If you vacate the premises without giving notice in compliance with this paragraph, you shall be liable for and agree to pay us for the number of days notice required in paragraph 3. If you fail to give the required notice to vacate, you agree that the amounts agreed to be paid by you in such event represent a fair amount to allocate the numerous risks and liabilities between you and us. You shall pay all amounts set forth in this paragraph, in addition to any other amounts owed by you under the terms of this Lease Contract.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract at the end of the Lease Contract or renewal, we must give you the same advance notice required in paragraph 3.

38. MOVE-OUT PROCEDURES. The move-out date can't be changed unless you and we both agree in writing. You won't move out before the Lease Contract term or renewal period ends unless all rent for the entire Lease Contract term or renewal period is paid in full. Early move-out may result in early move-out charges under paragraphs 11 and 32. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 60-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

39. CLEANING. You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

40. MOVE-OUT INSPECTION. You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

41. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES. Normal wear and tear accepted, you'll be liable for and you agree that we may deduct from your security deposit for the following charges, if applicable: unpaid rent; unpaid utilities; agreed early move-out charges; unreimbursed service charges; repairs or damages caused by smoke or smoking, negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or storing property under paragraph 13; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 27; government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge for owner/manager's time and inconvenience in our lawful removal of an animal or in any valid eviction proceeding against you, plus attorney's fees, sheriff's fees, court costs, and filing fees actually paid; and any other sums due under this Lease Contract.

You'll be liable to us for, and we may deduct from your security deposit: (1) charges for replacing all keys and access devices if you fail to return them on or before your actual move-out date; and (2) or all other charges, damages and fees pursuant to this Lease Contract.

42. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT OR JUDICIAL EVICTION. We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions no later than 60 days after surrender or abandonment, unless statutes provide otherwise.

Upon move out, you will deliver to us at the onsite Management Office all keys to the premises, access cards or devices and remotes (collectively "keys") issued by us to you to avoid disputes over the date you vacated and surrendered the premises. You have not vacated and surrendered possession of the premises to us until and unless you have either turned in all keys to the premises and we have acknowledged receipt of your keys, or you have abandoned the premises in our reasonable judgment. If you fail to turn in keys, you agree that you will be liable for rent and any other damages in accordance with this Lease Contract through the date we determine that you vacated and surrendered the premises in our reasonable judgment.

You have abandoned the premises if your personal belongings have been substantially removed, and you do not appear to be living in the premises in our reasonable judgment and if any of the following have occurred: (1) your written move out date has passed; (2) we are in the process of judicially evicting you for any reason, (3) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated, and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, or judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13), but do not affect our mitigation obligations (paragraph 32).

## Signatures, Originals and Attachments

43. ORIGINALS AND ATTACHMENTS. This Lease Contract has been executed in multiple originals, with original signatures—one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. In filling out, processing, and completing this Lease Contract some clerical, scrivener, human, computer and/or mathematical errors may occur. Regardless of the cause of any error or mistake, you agree to cooperate with us by signing or resigning any document necessary to correct any mistake or error upon our request. Your failure to cooperate or failure to sign or resign any document is a default of this Lease Contract. When an Inventory and Condition form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

07252016286506C013012350


© 2015, National Apartment Association, Inc. - 9/2015, Colorado

- ☒ Animal Addendum
- ☒ Inventory and Condition Form
- ☒ Mold Addendum
- ☒ Enclosed Garage Addendum
- ☒ Community Policies Addendum
- ☐ Lease Contract Guaranty (_______ guaranties, if more than one)
- ☐ Notice of Intent to Move Out Form
- ☐ Parking Permit or Sticker (quantity: ________)
- ☒ Satellite Dish or Antenna Addendum
- ☐ Asbestos Addendum (if asbestos is present)
- ☐ Lead Hazard Information and Disclosure Addendum (federal)
- ☒ Utility Addendum
- ☐ Remote Control, Card or Code Access Gate Addendum
- ☒ Lease Contract Buy-Out Agreement
- ☐ Intrusion Alarm Addendum
- ☐ Other________________________________
- ☐ Other________________________________

You are legally bound by this document.
Read it carefully before signing.

Resident or Residents (all sign below)

[signature]

Owner or Owner's Representative *(signing on behalf of owner)*

Address and phone number of owner's representative for notice purposes

Name and address of locator service *(if applicable)*

Date form is filled out *(same as on top of page 1)* 07/24/2016

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2) If applicable, above rent amount includes garage, storage, carport and washer/dryer. Concessions, if applicable, are notated on the concession addendum. TRASH/PEST: You will be charged a new account fee not to exceed $10, a monthly billing fee not to exceed $6.00, and a final billing fee of $5.00.



© 2015, National Apartment Association, Inc. 

COLORADO APARTMENT ASSOCIATION

# Mold Information and Prevention Addendum

NATIONAL APARTMENT ASSOCIATION

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your apartment. That is why this Addendum contains important information for you, and responsibilities for both you and us.*

1. APARTMENT DESCRIPTION. Apt. No. 0727, 2525 E 104th Ave Unit 727 (street address) in Denver (city), Colorado, 80233 (zip code)

2. LEASE CONTRACT DESCRIPTION.
Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents (list all residents): Charles Blanchard JR, Susan Harvey

3. ABOUT MOLD. Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a apartment, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for persons with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

4. PREVENTING MOLD BEGINS WITH YOU. In order to minimize the potential for mold growth in your apartment, you must do the following:

- Keep your apartment, clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.
- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen *before* you start showering or cooking with open pots. When showering, be sure to keep the shower curtain *inside* the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.
- Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your apartment dry out.
- Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.
- Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

5. IN ORDER TO AVOID MOLD GROWTH, it is important to prevent excessive moisture buildup in your apartment. Failure to promptly pay attention to leaks and moisture that might accumulate on apartment surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;
- overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;
- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;
- washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;
- leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and
- insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

6. IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON *NON-POROUS* SURFACES (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. Be sure to follow the instructions on the container. Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from *porous* items, such as fibers in sofas, chairs, drapes and carpets—provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. DO NOT CLEAN OR APPLY BIOCIDES TO: (1) visible mold on *porous surfaces*, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. COMPLIANCE. Complying with this Addendum will help prevent mold growth in your apartment, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this Addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

If you fail to comply with this Addendum, you can be held responsible for property damage to the apartment and any health problems that may result. We can't fix problems in your apartment unless we know about them.

9. SPECIAL PROVISIONS. The following special provisions control over conflicting provisions of this printed form:

Resident or Residents
(All residents must sign here)

[signature] Susan Harvey
[signature]

Owner or Owner's Representative
(Signs here)

Date of Lease Contract

July 24, 2016

07252016286501C013012350

Charles Blanchard JR, Susan Harvey


© 2015, National Apartment Association, Inc.

COLORADO APARTMENT ASSOCIATION

# Bed Bug Addendum

Date: July 25, 2016
(when this Addendum is filled out)

NATIONAL APARTMENT ASSOCIATION

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

1. DWELLING UNIT DESCRIPTION. Unit No. 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*

2. LEASE CONTRACT DESCRIPTION.
Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

3. PURPOSE. This Addendum modifies the Lease Contract and addresses situations related to bed bugs *(cimex lectularius)* which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum. If such information is false or materially misleading, then we shall have the option to terminate the Lease Contract upon 3 days notice to quit. You agree that we do not guarantee or warrant a bed bug free environment.

4. INSPECTION. If you fail to notify us of any bed bugs or bed bug infestation within 48 hours after move-in/renewal, you agree that the dwelling unit is acceptable, in good condition, and bed bug free. After this period, you will immediately notify us of any signs or indications of bed bugs.

5. INFESTATIONS.
You agree that you have read all of the information on this addendum about bed bugs and:
*(Check one)*
☒ you are not aware of any infestation or presence of bed bugs in your current or previous apartments, home or dwelling. You agree that you are not aware of any bed bug infestation or presence in any of your furniture, clothing, personal property or possessions. You agree that you have not been subjected to conditions in which there was any bed bug infestation or presence. OR
☐ you agree that if you previously lived anywhere that had a bed bug infestation that all of your personal property (including furniture, clothing and other belongings) has been treated by a licensed pest control professional. You agree that such items are free of further infestation. If you disclose a previous experience of bed bug infestation, we can review documentation of the treatment and inspect your personal property and possessions to confirm the absence of bed bugs. You agree that any previous bed bug infestation which you may have experienced is disclosed here:
NA

6. ACCESS FOR INSPECTION AND PEST TREATMENT. You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate, including all written instructions distributed to you, and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation even if those dwellings are not the source or cause of the known infestation. You are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed bug infestation on your own.

7. NOTIFICATION. You must promptly notify us:
   - of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture or personal property.
   - of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the dwelling.
   - if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

8. COOPERATION. If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. If you are not fully prepared for a treatment, you agree to pay us $______ per incident. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

9. RESPONSIBILITIES. You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your dwelling, you may be responsible for the cost of cleaning and pest control treatments. If we must move other residents in order to treat adjoining or neighboring dwellings to your dwelling unit, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring residents and to clean and perform pest control treatments to eradicate infestations in other dwellings. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the dwelling. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

10. TRANSFERS. If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

07252016285101C013012350


© 2014, National Apartment Association, Inc. - 5/2014, Colorado

# BED BUGS — A Guide for Rental Housing Residents

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

## Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

## Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

## Identifying bed bugs

*Bed bugs can often be found in, around and between:*

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors
- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.
- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

## Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

## Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.

**You are legally bound by this document. Please read it carefully.**

| Resident or Residents *(All residents must sign)* | Owner or Owner's Representative *(Signs below)* |
| --- | --- |
| Susan Harvey | |
| [signature] | Date of Signing Addendum: 7/28/16 |
| | |
| | |

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*

07252016285102C013012350

Charles Blanchard JR, Susan Harvey




© 2014, National Apartment Association, Inc.

COLORADO APARTMENT ASSOCIATION

# Pest Control Addendum

Date: July 25, 2016
(when this Addendum is filled out)

NATIONAL APARTMENT ASSOCIATION

1. DWELLING UNIT DESCRIPTION. Unit No 0727, 2525 E 104th Ave Unit 727 (street address) in Denver (city), Colorado, 80233 (zip code).

2. LEASE CONTRACT DESCRIPTION.
Lease Contract date: July 25, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents (*list all residents*): Charles Blanchard JR, Susan Harvey

*Resident and owner agree as follows:*

3. If Resident fails to report any pest infestation and/or problems with the Premises within seven (7) days of move-in, Resident acknowledges that the Premises are acceptable, in good condition, and pest free. After this period, Resident shall immediately report to Owner's onsite agent any signs or indications of pests.

4. Resident agrees that Resident's violation of this Addendum constitutes a material breach of this Addendum and the Lease. Upon Resident's breach, Owner shall have all remedies for breach set forth in this Addendum, set forth in the Lease and at law, including eviction. In accordance with Resident's Lease, Resident is at all times responsible for the conduct of Resident's occupants, guests, invitees and all others ("other Persons") who are present on or in any portion of the apartment community due to or because of Resident. A violation by any other Person of this Addendum is a violation by Resident.

5. Resident agrees that it is in Resident's best interest and the best interest of the apartment community to fully cooperate with Owner's pest control efforts. Resident agrees to fully cooperate with Owner or Owner's pest control company employed to eradicate pests, including all written instructions distributed to Resident. Resident's full cooperation includes, but is not limited to, immediately reporting in writing pest infestation to the Owner, making the Premises available for entry to complete pest inspection and eradication treatment(s), completing all required pre-treatment activities, evacuating the premises during and after treatment for the required time frame, if any, completing all required post-treatment activities, and immediately reporting in writing ineffective treatment or re-infestations to the Owner. Resident shall also immediately dispose of any property or furniture that has been infested and that is not salvageable in the sole discretion of Owner's pest control vendor.

6. Resident shall practice good housekeeping to prevent pest infestations and to promptly eradicate them if they occur. Resident shall keep the Premises clutter free, clean, and sanitary, including regularly vacuuming. Resident shall cover mattresses and box springs with zippered, vinyl coverings, to prevent bed bugs from getting inside of mattresses. Residents shall arrange furniture to minimize pest hiding places. If possible, keep furniture several inches away from walls. Resident shall inspect clothing, luggage, and other personal property for signs of bed bugs when Resident stays overnight away from the Premises, or otherwise is exposed to areas that likely contain bed bugs.

7. In addition to regularly scheduled pest control services, if any, provided by the Community, Resident may request reasonable extermination services at any time. All requests must be in writing. Owner may enter Resident's unit to inspect for pests or for pest control related matters. If practical, Owner will notify Resident in advance of each pest inspection, including providing a preparation sheet. Notification is presumed received if Owner hands the notice and instructions directly to Resident or if Owner posts the notice and instructions to Resident's unit. Resident acknowledges that under some circumstances, immediate action may be necessary to control pests, and Owner is not required to provide Resident advance notice if circumstances require immediate action.

8. If Resident promptly notifies Owner and cooperates with Owner and/or Owner's pest control company and the unit is either re-infested or the initial treatment is ineffective, Owner will promptly schedule re-inspection and re-treatment at no cost to Resident. If Resident is not fully prepared for the treatment, Resident agrees to pay $________. (If no amount is filled in, Resident shall be billed for the actual cost of service.) If Resident fails to cooperate fully with any pest treatment plan and the unit is either re-infested or the initial treatment is ineffective, Resident agrees to pay all costs of all subsequent treatments, as well as the cost of treatments due to any spread of the infestation to additional units, and all of Owner's consequential damages caused by any infestation spread due to Resident's failure to cooperate.

9. Bed bugs are a common problem throughout society. A surge in global travel and mobility, combined with changes in pesticide use, including the banning of DDT created optimal conditions for the revival of bed bugs, which had been virtually dormant since World War II. Exterminators have treated maternity wards, five-star hotels, movie theaters, banks, private schools, apartment communities, private homes, and countless other places. Accordingly, nearly every apartment community, including this one, has or will experience some level of bed bug infestation. Owner is not liable to Resident for any damages caused by pests including, but not limited to, replacement or cleaning of personal property, medications, or medical expenses. Owner is not responsible for any damage done to Resident's unit or personal items during pest control inspections or treatments. After any infestation and inspection, Owner may require Resident to professionally treat any affected personal property, or to remove such property from the Premises if it cannot be effectively treated. Resident agrees to indemnify and hold harmless the Owner and Owner's Agent from any actions, claims, losses, damages, and expenses, including, but not limited to, attorneys' fees that they may incur as a result of Resident's breach of this Addendum.

10. Resident represents and warrants that Resident's current and previous residences were bed bug free, that Resident's personal property does not contain any bed bugs, and that Resident is unaware of being exposed to any circumstances where bed bugs were present. Resident's current and previous residences include any apartment (including the building in which the apartment is located), home, or other dwelling Resident resided. Resident's personal property is all of Resident's personal property including but not limited to clothing, linen, and furniture.

Alternatively:
If Resident cannot make the representations and warranties set forth above, Resident makes the following disclosures regarding Resident's exposure to bed bugs: ________

Charles Blanchard JR, Susan Harvey
© 2014, National Apartment Association, Inc. - 5/2014, Colorado

(if more room is necessary attach additional sheet) With respect to Resident's previous exposure to bed bugs, Resident represents and warrants that all of Resident's personal property has been inspected, professionally treated if warranted, and that no bed bugs are present in Resident's personal property. If Resident has been exposed to bed bugs, Resident shall provide or authorize Owner to obtain for review, documentation regarding such exposure, and shall upon request make all of Resident's personal property available for inspection to confirm the absence of bed bugs.

In order to successfully eradicate bed bugs and to maximize the probability of providing a bed bug free community for all residents, Resident acknowledges and agrees that the Lease and this Addendum are being entered into by Owner in reliance on Resident's representations and warranties contained in this Addendum. If such information is false or materially misleading, then Owner shall have the option to terminate this Lease upon three (3) days notice to quit.

11. Resident acknowledges that Owner's adoption of this Addendum, and the efforts to provide a pest free environment, does not in any way change the standard of care that Owner owes Resident under the lease. Resident further acknowledges that Owner does not guarantee or warrant a pest free environment. Resident acknowledges and agrees that Owner's ability to police, monitor, and eradicate pests is directly dependent on Resident's and other residents' voluntary compliance and cooperation with pest eradication efforts, and Resident's full and faithful performance of Resident's obligations set forth in this Addendum. If Resident breaches this Addendum, by failing to cooperate with Owner's pest control efforts or otherwise, Resident shall have no right to terminate Resident's Lease, and shall remain legally responsible for all sums and damages due under the Lease.

12. Resident acknowledges that used or secondhand furniture is a primary method for the spread of bed bugs and other pests. Resident agrees to carefully inspect any used or secondhand furniture, especially bedding, acquired by Resident that is brought into the Premises. Used furniture, especially beds and mattresses, are often infested with bed bugs. Resident agrees not to acquire or bring into the Premises any used or secondhand furniture removed from the garbage or from unknown origins. Resident acknowledges that sharing vacuum cleaners is another highly possible way to spread bed bugs and roaches. Owner strongly advises Resident not to share such items with other residents.

13. In case of any conflict between the provisions of the Lease and this Lease Addendum, the provisions of this Lease Addendum shall govern. This Lease Addendum is incorporated into the Lease executed or renewed between the Owner and the Resident.

**You are legally bound by this document. Please read it carefully.**

| Resident or Residents *(All residents must sign)* | Owner or Owner's Representative *(Signs below)* |
|---|---|
| Susan Harvey [signature] | |
| [signature] | Date of Signing Addendum: 7/28/16 |
| | |

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*



© 2014, National Apartment Association, Inc. - 5/2014, Colorado

# Community Policies / Master Lease Addendum

## 1. Preface / Definitions

In an effort to eliminate any misunderstanding concerning the obligations of and/or representations made by Greystar, the ownership of the community, or any employee of either entity, we are requesting that you carefully read the contents contained herein and signify your complete understanding by signing the last page of this document

a) **Resident:** The term "resident" refers to the person(s) who signed the Lease Contract The terms "you" and "your" refer to all residents

b) **Apartment:** The term "apartment" or "apartment home" or "unit" refers to the resident's leased space, which may include an apartment home, townhome, premises, and/or apartment.

c) **Occupant:** The term "occupant" refers to all persons residing in your apartment home who are included as authorized persons to occupy your apartment home on the Lease Contract, but are not lease holders

d) **Community:** The term "community" refers to the property on which the apartment home is located

e) **Owner:** The term "owner" refers to the title holder of the community. The term "management" refers to the owner's managing agent and its employees who manage the community. The owner's managing agent and the employees of the managing agent are not parties to the Lease Contract. act only as managing agent for the owner and shall have no obligation under the Lease Contract or this Addendum to resident, occupants, guests or invitees The terms "we," "us," and "our" refers to either the owner or management, as the context dictates

The following items are policies by which your community is operated. They are based on the belief that consideration of others and respect for the community is important. These policies and procedures are an addendum to and are referred to in your Lease Contract Violation of any of these policies can result in termination of your Lease Contract These policies may be added to, amended or repealed at any time in accordance with your Lease Contract.

## 2. Fair Housing Statement

This community is committed to compliance with all federal, state and local fair housing laws Your community policies are designed to provide consistent and fair treatment of all residents in the spirit of these laws.

## 3. Good Neighbor Policy

All policies in this addendum apply to all residents, occupants, guests and invitees. Please be considerate of your neighbors and help us maintain a quiet, clean, community environment.

## 4. Security Disclosure Statement

a) **No Guarantee of Personal Security:** Neither owner nor management make any guarantee of, or provide any warranty for your personal security or safety or for the security or safety of your occupants, guests or invitees or for the security of personal property in the possession of or owned by any of those persons

b) **No Provision of Security:** Neither Greystar, the ownership of the community, nor any employee of either entity, provides any type of security service, patrol personnel, patrol service, or device, including but not limited to intrusion alarms (whether monitored or not), controlled access gates, video cameras, controlled entry doors, or other mechanical devices which will guarantee or warrant your personal security or safety or the security or safety of your occupants, guests or invitees or the security of personal property in the possession of or owned by any of those persons This statement is true, even in the event that one or more of the above noted devices may be present or in use at the community that you will reside in.

c) **Law Enforcement Agency is the Proper Authority for Security Related Incidents:** In the event of a security related incident, you acknowledge that the appropriate law enforcement agency is the proper authority to assist you If such a need should arise, the appropriate law enforcement agency must be contacted first After initially contacting the proper authorities, you may contact management and advise them of the problem You acknowledge that neither the owner nor management has any obligation to respond to calls relating to security. Owner and management are not trained or equipped to intervene in incidents relating to security This is the responsibility of local law enforcement authorities

d) **No Obligation To Install Device(s) or Contract Services:** It is understood that owner has no obligation to install any device such as intrusion alarms, access gates, video cameras, controlled entry doors, or other mechanical devices, provide patrol personnel, or to contract for patrol service In the event that one or more of these devices or services may be present on the community there is no obligation on the part of owner to continue the use of the device or to continue any patrol personnel or patrol service

e) **No Representation or Warranty as to the Reliability of such Equipment:** It is understood that if the community is equipped with any device, such as intrusion alarms, controlled access gates, video cameras, controlled entry doors, or other mechanical device, there is no representation or warranty as to the reliability or effectiveness of any such equipment as a deterrent or in the prevention of any incident related to your personal security or safety or to the personal security or safety of your occupants, guests or invitees or the security of personal property in the possession of or owned by any of those persons

f) **You Understand the Proper Operations of Device(s)** *By signing this document, you acknowledge that you understand the proper operations of any and all devices that may be installed in your apartment home or in your community such as an intrusion alarm or access gate system*

g) **Repair Requests Must be In Writing:** The repair and maintenance of any device, such as intrusion alarms, controlled access gates, video cameras, controlled entry doors, or other mechanical device that may be present in your apartment home or located on the community is the responsibility of the manufacturer, installer or service representative who provided the device In the event of a malfunction of any such equipment or device, you must notify management *in writing* about the problem The appropriate party will be contacted to effect repair or replacement cat

h) **Outside Contractors May be Required for Repair:** You acknowledge and understand that management does not have the expertise or equipment to repair any device that may be located in your apartment home or located on the community such as an intrusion alarm, access gate system, video cameras controlled entry doors, or other mechanical device As outside contractors and service representatives may be required for the repair and maintenance of this type of equipment, delays may be encountered

i) **Service Requests for Door and Window Locks Must be in Writing:** Any requests for service of items such as door and window locks <u>*must be made in writing*</u> to management so that there is a clear record of the request for both maintenance and management personnel

j) **Release:** You hereby release, Owner, management, and their respective agents, officers, directors, owners, partners, employees and their legal representatives from any claim whatsoever, with respect to any personal injury, illness, property damage or death, which is in any way related to any of the devices and/or patrol service mentioned above or to any defect, malfunction or inadequacy thereof

## 5. No Reliance on Security Devices or Measures

5.1 **Security Devices May Fail or be Thwarted by Criminals:** You acknowledge that security devices or measures, including but not limited to, intrusion alarms, access gates, keyed or controlled entry doors, video cameras, or other devices, may fail or be thwarted by criminals or by electrical or mechanical malfunctions Therefore, you acknowledge that you should not rely on such devices or measures and should take steps to protect you and your existing property as if these devices or measures did not exist.

a) **Notify Management Immediately of Malfunctions:** You agree to immediately notify management of any malfunctions involving locks, doors, windows, latches, smoke alarms and carbon monoxide detectors (if applicable)

b) **Your Responsibility to Test, Supply Batteries, and Not Disable:** You are responsible for the proper operation and regular testing of all devices in the apartment home including but not limited to alarms smoke alarms and carbon monoxide detectors (if applicable) You are responsible for supplying electrical current to devices, including replacing the batteries if applicable You agree you will not disable disconnect, alter or remove the smoke alarms, locking devices, alarm system sprinkler system fire extinguisher screens, latches, or carbon monoxide detector (if applicable)

5.2 **Off Duty Police Officer or Patrol Service:** In the event an off duty police officer or patrol service patrols the community the officer and/or patrol service is not equipped to provide personal security to residents, occupants, guests or invitees of any apartment home Someone with criminal intent can circumvent any procedure used by the officer and/or patrol service and commit a crime in the community

5.3 **Cameras in the Community:** In the event cameras have been placed in the community or amenities these cameras may not be monitored on a 24 hour basis and are not designed to provide personal security services for anyone.

5.4 **Access Gates:** In the event access gates are present in the community, resident agrees to follow all instructions and rules regarding the use of the gates as outlined in Section 10 of this Addendum Neither owner nor management have any duty to maintain the gates or fencing Residents are encouraged to contact the local law enforcement agency in the event they have security concerns and contact 911 in the event of an emergency

## 6. Crime Prevention Tips

There are many crime prevention tips readily available from police departments and other sources. Residents are encouraged to use these and other common sense tips:

a) **Report Emergencies to Local Authorities:** Always report emergencies to local authorities first and then contact management, including suspicious activity

b) **Be Aware of Neighbors and Surroundings** Know neighbors and watch out for each other Always be aware of surroundings and avoid areas that are not well-traveled or well-lit



Initials SM

c) **Keys:** Keep keys handy when walking to a car or to your apartment home. Do not put identification, such as name or address, on key rings or hide extra keys under the door mat or flower pot. If keys are lost or concerns about safety exist, contact management for rekeying. Do not give keys, codes, access cards, or gate remotes to anyone.

d) **Secure Doors and Windows:** Do not go inside if the door is open upon arriving to your apartment home. Call the police before entering. Make sure door locks, window latches, and sliding glass doors are properly secured at all times. Do not open the door to a stranger.

e) **Security Devices:** Check security devices and detection devices once a month to make sure they are working properly.

f) **While Gone:** Lock doors and windows and leave a radio or TV playing softly while gone. Stop deliveries of newspapers or mail when gone for an extended period. Tell someone of plans of departure, whereabouts, and plans to return.

g) **Exit Routes:** Know at least two exit routes from the apartment home, if possible.

h) **Vehicles:** Always lock car doors, even while driving. Hide valuables and park vehicles in a well-lit area. Check the backseat before entering the car.

## 7. Renter's Insurance

In the event your community requires you to maintain renter's liability insurance, you agree to maintain it throughout the term of your residency. See management for details. You are strongly urged to purchase renter's insurance to protect your personal possessions in the event of a loss. We recommend that you ask a licensed insurance agent how best to protect your personal possessions as neither owner nor management is responsible for your personal belongings in the event of a loss, whether inside or outside of the apartment home.

## 8. Intrusion Alarms

In the event your community has alarm systems, the following policies apply:

a) **Resident Responsible for Local Permit:** The resident may elect to utilize an alarm device in the apartment home. In the event your city or local officials require a residential alarm permit application, this must be completed by the resident immediately. Provide management confirmation this has been completed. Resident is responsible for all appropriate fees.

b) **Provide Management with Code:** Please note that if an alarm is installed in the apartment home, it is the resident's responsibility to provide management with the code for emergency purposes or service requests. All codes are kept confidential.

c) **Resident Responsible for Resulting Charges:** Any charges resulting from the use of the intrusion alarm will be charged to resident, including but not limited to, false alarms with police, fire, or ambulance response, and required city permits or charges.

d) **Independent Contractor for Monitoring:** In the event resident chooses to have the intrusion alarm monitored, resident must make arrangements with an independent company to activate and maintain the alarm system. In such case, resident must provide management with the alarm code and any special instructions for lawful entry into the apartment home.

e) **Use Reasonable Care:** Resident agrees to use reasonable care in operating the alarm.

## 9. Smoke Alarms or Carbon Monoxide Detectors

In the event your apartment home has smoke alarms and/or carbon monoxide detectors (if applicable), the following policies apply:

a) **Devices are in Working Order:** You acknowledge that as of the date of initial occupancy, the apartment home is equipped with one or more smoke alarms or carbon monoxide detectors (if applicable) that have been tested and provided with working batteries. You further acknowledge that you have had an opportunity to inspect the smoke alarm(s) or carbon monoxide detector(s), if applicable and that you find it/them to be in good working order.

b) **Resident to Test Device(s) and Notify Management in Writing of Problems:** You agree that it is your duty to regularly test the device(s). You further agree to notify management immediately in writing of any problem, defect, malfunction or failure of the device(s) and to notify management of the need to install, inspect or repair the device(s), assuming the availability of labor and materials.

c) **Your Responsibility to Test, Supply Batteries, and Not Disable:** To the extent permitted by law, you agree to replace the battery; if any, at anytime the existing battery becomes unserviceable. YOU MUST NOT DISCONNECT OR INTENTIONALLY DAMAGE A SMOKE ALARM OR CARBON MONOXIDE DETECTOR (if applicable) OR REMOVE THE BATTERY WITHOUT IMMEDIATELY REPLACING IT WITH A WORKING BATTERY.

d) **Resident Agrees to Reimburse for Device(s) Damaged:** You agree to reimburse owner, upon request, for the cost of a new device and the installation thereof in the event of the existing smoke alarm(s) or carbon monoxide detector (if applicable) becomes damaged by you, occupants, guests or invitees.

e) **Resident Assumes Responsibility for All Risks and Hazards:** Any duty of the owner or management to inspect and repair smoke alarms and carbon monoxide detectors (if applicable) is waived to the extent allowed by applicable law. Also, to the extent allowed by applicable law, you acknowledge and agree that neither owner nor management are the operator, manufacturer, distributor, retailer or supplier of the device(s); that, to the extent allowed by applicable law, you assume full and complete responsibility for all risk and hazards, attributable to, connected with or in any way related to the operation, malfunction, or failure of the device(s) regardless of such malfunction or failure is attributed to, connected with, or in any way related to the use, operation, manufacture, distribution, repair, servicing or inspection of said smoke alarm(s) or carbon monoxide detector(s), if applicable.

f) **No Representations or Warranties:** TO THE EXTENT ALLOWED BY APPLICABLE LAW, NO REPRESENTATION, WARRANTIES, UNDERTAKINGS OR PROMISES, WHETHER ORAL OR IMPLIED, OR OTHERWISE HAVE BEEN MADE BY OWNER OR MANAGEMENT TO YOU REGARDING SAID SMOKE ALARM(S) OR CARBON MONOXIDE DETECTORS (if applicable), OR THE ALLEGED PERFORMANCE OF THE SAME. NEITHER OWNER NOR MANAGEMENT MAKES OR ADOPTS ANY WARRANTY OR ANY NATURE REGARDING SAID DEVICE(S) AND EXPRESSLY DISCLAIM ALL WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, OR HABITABILITY, OR ANY AND ALL OTHER EXPRESSED OR IMPLIED WARRANTIES, EXCEPT AS EXPRESSLY PROVIDED IN STATURE. NEITHER OWNER NOR MANAGEMENT SHALL BE LIABLE FOR DAMAGES OR LOSSES TO PERSON OR PROPERTY CAUSED BY (1) YOUR FAILURE TO REGULARLY TEST THE DEVICE(S); (2) YOUR FAILURE TO NOTIFY MANAGEMENT OF ANY PROBLEM, DEFECT, MALFUNCTION OR FAILURE OF THE DEVICE(S); (3) THEFT OF THE DEVICE(S) OR ITS SERVICEABLE BATTERY; AND/OR (4) FALSE ALARMS PRODUCED BY THE DEVICE(S). THERE ARE NO WARRANTIES, WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF.

## 10. Controlled Access Gates

In the event your community has controlled access gates, the following policies apply:

a) **Approach Gates With Caution:** Always approach entry and exit gates with caution and at a very slow rate of speed.

b) **Never Stop Your Vehicle Where The Gate Can Hit It:** Never stop your vehicle where the gate can hit your vehicle as the gate opens or closes.

c) **Never Follow Another Vehicle:** Never follow another vehicle into an open gate. Always use your remote, card or the keypad to gain entry.

d) **Never Force Gate Open:** Never force the gate open with your vehicle.

e) **Never Get Out Of Vehicle:** Never get out of your vehicle while the gates are opening or closing.

f) **Contact Management for Assistance with Longer Vehicles:** If you are using the gates with a boat, trailer, or moving van, please contact management for assistance. The length and width of the trailer may cause recognition problems with the safety loop alarm and could cause damage.

g) **Use Caution If Children are Nearby:** Do not operate the gate if there are small children nearby who might get caught in it as it opens or closes.

h) **Lost Cards or Remotes:** If you lose your card or remote, please contact management immediately.

i) Do not give your card, remote, or code to a non-resident.

j) **No Tampering:** Do not tamper with the gates or allow your occupants, guests, or invitees to tamper or play with the gates.

k) **Report Vehicles that Piggyback:** Report to management the vehicle license plate of any vehicle that piggybacks through the gate.

l) **Not Responsible for Damage:** Neither owner nor management are responsible for damage to vehicles.

m) You acknowledge that you and all other occupants have read the instructions regarding the access gates. If residents, occupants, guests, or invitees, through negligence or misuse, damage the gates, you are liable for the damages under your Lease Contract and collection of damage amounts will be pursued.

n) **See Management for System Operations:** See management for details on the operations of your community's gate system.

## 11. Entry Devices (Access Cards, Keys, Fobs, etc.)

In the event your community requires entry devices, the following policies apply:

a) **Access Card or Key Fob:** Each person who is 18 years of age or older and listed as a resident on the Lease Contract may request an access card. Each additional card for you or occupants over 16 years of age will require a deposit or fee of $ N/A

b) **Damaged, Lost or Un-returned Cards, Remotes, or Fobs:** If a card/remote is lost, stolen or damaged, a fee of $ 50.00 will be charged for a replacement. See management for details. If a card is not returned or is returned damaged when you move out, there will be a deduction from the security deposit for each card in the amount of $ 50.00. In addition, (to the extent allowed by law) if the garage remote is damaged or not



Initials SM

returned, a fee of $___50.00___ will be deducted from the security deposit per remote. See management for details.

c) **Personal Injury and/or Personal Property Damage:** Fencing, gates or other devices will not prevent crime. No security system or device is foolproof. Crime can still occur. Protecting residents, occupants, guests and invitees from crime is the sole responsibility of residents, occupants, and law enforcement agencies. First, call the police or 911 if a crime occurs or is suspected. The community is not liable to any resident, occupants, guests or invitees for personal injury, death or damage/loss of personal property from incidents related to perimeter fencing, automobile access gates, and/or pedestrian access gates. We reserve the right to modify or eliminate security systems other than those statutorily required.

d) **Report Malfunctions:** Resident agrees to immediately report to management any malfunction or damage to gates, fencing, locks, or related equipment.

## 12. Keys & Locks

The care and maintenance of the keys (key fobs, access card, etc.) and locks to your apartment home is of critical importance. No one should have a key to your apartment home without our prior written permission, including family, friends, housekeeper, caregiver, and delivery or repair services (management will retain a key). Additional policies regarding keys and locks include:

a) **Duplicate Keys:** A duplicate of your key will be made upon written request for a charge of $_______5.00_______.

b) **Lost Keys:** If you lose your apartment home, storage or mailbox keys or wish to have your lock re-keyed, your request must be in writing, and you will be charged a re-keying fee of $___50.00___ which is due prior to changing your locks. See management for details.

c) **After Hours Lock Outs:** After office hours, you must contact and pay for a locksmith if you have inadvertently locked yourself out.

d) **Precautions to Take with Keys:** Take precautions with your keys. Do not hide a key outside of your apartment home. Do not give your keys to acquaintances. Do not put your address on your key ring. Keep your car keys and apartment home keys on separate rings.

e) **Locks and Latches:** If your apartment home is not equipped with a latch on each window and a keyless deadbolt on every exterior door, you may request in writing to add them. If your apartment home has a sliding glass door that is not equipped with a pin lock and a charley bar or a door handle latch on the sliding glass door, you may request in writing to add them.

f) **Resident To Check All Windows and Locks:** We strongly recommend that you keep all windows and doors locked at all times. Immediately upon move in, Resident shall check all of the above and report any broken, missing or unserviceable items to management.

g) **Lock Outs During Office Hours:** If you are locked out of your apartment home during business hours, contact management. A picture I.D. may be required to gain access to your apartment home.

h) **Access Gate Assistance After Office Hours:** After hours assistance is not provided regarding your gate access cards. Please keep your card with you at all times. If you lose your gate access card, or if your access card malfunctions, contact management during regular office hours to make arrangements to repair/replace the card.

i) **Lock Changes:** Locks shall not be changed or added without consent of the owner. If a lock change is approved, management will perform the work and retain a key.

j) **Keyed Access to Amenities:** In the event your community has keyed-access to amenities, you will be responsible for that key. If the key is not returned upon move out, a fee of $___50.00___ will be charged. Keys cannot be given to other people. See management for more details.

## 13. Patios / Balconies / Private Yards

In the event your community has patios, balconies or private yards, the following policies apply:

a) **Items Allowed or Prohibited:** Only plants and patio furniture are allowed. Furniture intended for indoor use is not allowed. The space is not designed to serve as storage space. No combustible material, automobile tires and/or parts, equipment, firewood and other unsightly or heavy items should be stored on the patio.

b) **Bicycles:** Bicycles are allowed to be neatly parked. Bicycles are not allowed to be hung from ceilings or walls.

c) **Satellite Dishes:** Satellite dishes may be permitted with prior written permission, a signed Satellite Dish Addendum with applicable deposit or fee and proof of renter's insurance *(see management for further information)*.

d) **No Motorcycles, Laundry, Flags, Signs:** No motorcycles are allowed in or on balconies, patios, yards, breezeways, courtyard areas or under stairs. No items, such as laundry, clothing, rugs, sports team flags or neon signs are to be placed on the exterior of any building, including balconies, patios, and private yards.

e) **BBQ Grills Prohibited:** The use or storage of barbecue grills on patios, balconies, walkways, breezeways, etc. is prohibited.

f) **Resident Responsible for Private Yard:** The following policies apply in addition to the policies listed above. In the event your apartment home has a private yard and the resident is responsible for maintenance of the yard, maintenance will include, but not be limited to, mowing, edging, shrub trimming, watering, debris removal, weeding, etc. Resident agrees to maintain the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, etc.). If your private yard is not maintained to the community standards, management has the right to maintain it at the resident's expense. Management will have the right to charge fines. Upon move-out, management can deduct any amounts owed from the security deposit paid by the resident as allowable under the Lease Contract. See management for details.

g) **Community Landscaper Utilized for Private Yard:** The following policies apply in addition to the policies listed above. In the event your community landscaper maintains the private yard, there may be an additional monthly fee of $___N/A___ required. The Resident is still responsible for maintaining the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, regular watering, etc.). Resident agrees to provide access so that routine yard maintenance can occur. If your private yard is not maintained to the community standards, management has the right to maintain it at the resident's expense. Management will have the right to charge fines. Upon move-out, management can deduct any amounts owed from the security deposit paid by the resident as allowable under the Lease Contract. See management for details.

## 14. Satellite Dishes

In the event a resident elects to install a satellite dish, the following policies apply:

a) **Addendum:** The resident must sign a Satellite Dish Addendum, secure liability insurance in the amount specified by your community (no less than $25,000) covering the satellite dish, and pay the applicable deposit or fees prior to installing a satellite dish (fees will be included on the Satellite Dish Addendum).

b) No antenna or satellite dish that exceeds one meter (39 inches) in diameter is permitted.

c) No antenna or satellite dish may protrude beyond the vertical or horizontal space that is leased to resident.

d) **No Installation Outside the Apartment Home:** No antenna or satellite dish may be installed outside the apartment home, such as on any parking area, roof, exterior wall, window, fence, grounds, or common area.

e) **Temporary Mounting Devices Only:** Mounting devices must be temporary devices that will not cause damage to the railing or fence and can be easily removed.

f) **One Solid Color Only:** No advertising slogans. The antenna or satellite dish shall be one solid color only, either white, black or shades of brown, gray, or tan.

g) The antenna or satellite dish shall not cause distortion or interference whatsoever with respect to any other electronic device at the community.

h) **One Per Apartment Home:** Only one (1) antenna or satellite dish per apartment home. Resident must remove the antenna or dish and other related equipment when resident moves out or a removal fee of $______25.00_____ will be charged.

i) Resident will be responsible for paying any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the apartment home to its condition prior to the installation of the antenna or dish. Resident is fully responsible for the satellite dish, antenna, and related equipment including but not limited to any damage or injury caused by the device maintenance, installation, and removal.

## 15. Inside or Near the Apartment home

**15.1 Windows and Doors:** Windows and doors shall not be obstructed by the resident. If the community provides blinds or screens on windows, then the blinds and screens shall not be removed by resident. Any window treatment installed by the resident shall have a white backing to provide a uniform appearance from the exterior of the building. Resident shall remove window treatments at the end of the Lease Contract. Any damage to the apartment home will be deducted from the security deposit or charged to the resident. The use of foil and other similar unsightly materials, including but not limited to neon/flashing signs, flags, and signs/advertisements on windows is strictly prohibited.

**15.2 Proper Use of Windows and Doors:** Resident shall not throw anything out of the windows, patios, or doors. Resident shall not leave windows or doors open during inclement weather. Resident shall be liable for any damage to the apartment home, including but not limited to paint, walls, cabinets, carpets, floors resulting from failure to close windows and doors and exercise reasonable care.

**15.3 Welcome Mats and Heavy Items:** Welcome mats can be placed in front of entry doors, but rugs or carpet remnants are not permitted. Resident shall not place any unusually heavy objects on the floor, such as pool tables, waterbeds, etc.

15.4 **Plumbing:** Lavatories, sinks, toilets and all water and plumbing apparatus, including the kitchen sink and garbage disposal shall be used by resident, occupants, guests or invitees only for the purpose for which they are constructed. Sweepings, rubbish, rags, ashes, feminine products, and other foreign substances shall not be thrown in any plumbing apparatus.

15.5 **Light Bulbs:** Resident will be responsible at their expense to replace all interior light bulbs and tubes. All interior and exterior bulbs, tubes, globes, and lights must be operational at the time the resident vacates the apartment home or a charge will be assessed to replace them. Residents may not remove exterior lights or globes. Colored bulbs in exterior light fixtures are not allowed. Halogen light bulbs must be supervised by resident during use and must never be left on unattended.

15.6 **Soliciting:** Soliciting is not permitted in the community. Management shall be notified if a solicitor is seen in the community. Unless allowed by law, Resident cannot distribute, post, or hang any signs, flyers, advertisements, or notices in any portion of the community without management's prior approval.

15.7 **Sports:** Team sports such as football, baseball, kickball soccer dodge ball etc. are not permitted to be played in the pool or parking areas. The use of water guns or water balloons is prohibited. Dart boards and darts are not allowed on the community. Violators will be held responsible for any damages.

15.8 **Apartment Toured:** You acknowledge that the condition of the apartment home you selected will not be the same as the condition of any model or vacant apartment home you may have previously toured. The model or vacant apartment homes may have floors, cabinets, appliances, counters, and other finishing features that are considered upgrades. These upgrades may or may not be available for a monthly premium charge. In addition, the model apartment home may have been professionally decorated and may not have had previous occupants residing in it.

15.9 **Stairs Inside the Apartment home:** If the apartment home you selected has stairs, it is your responsibility to make sure your furniture will fit. The stairways may be too narrow to maneuver large furniture upstairs, including a queen size bed or box spring. Please request further dimensions from management if you have any questions or concerns.

15.10 **Square Footage:** There is no guarantee that your apartment home will have the exact square footage listed on brochures, websites, or other advertising. Every apartment home may differ due to construction variations.

15.11 **Fireplace:** In the event your apartment home has a fireplace, you agree to use the fireplace at your own risk. Use the fireplace only as the manufacturer intended. Contact management if you have any questions. Never use flammable liquids to start fires and never burn anything other than seasoned firewood. Clean your hearth of any flammable materials. Do not attempt to clean the inside of the chimney. Report maintenance needs to management immediately. Keep pets and young children away from the hearth. Use a mesh screen and leave glass doors open when burning fires. Build small fires that burn completely and produce less smoke. If applicable open the flue/damper before lighting a fire. Close the flue/damper only when the fire is completely out, the smoke has ceased to rise, and the wood is cool. Never leave a fire unattended. Put all fires out completely before going to bed or leaving the apartment home.

15.12 **Furniture, Televisions, Appliances:** In the event your apartment home has furniture, televisions and/or appliances included, you agree to maintain them in a clean condition, reasonable wear and tear excepted. Removal of these items is not allowed. Upon move-out, these items must be placed in the same location they were upon move-in. Resident will be responsible for any damages, cleaning, repair, or replacement charges. Resident will pay the cost to repair, replace, or clean the furniture, televisions, and/or appliances and, to the extent allowed by law, management will have the right to deduct any amounts owed from the security deposit paid by the resident under the Lease Contract.

15.13 **No Obstructions to Ingress / Egress:** Resident shall not allow bicycles or other objects to obstruct driveways, sidewalks, sport courts, entry passages, stairs, underneath stairs, breezeways, courtyards, or halls of the community.

15.14 **Wires and Personal Items Outside the Home:** No radio/television serials or wires are permitted on any part of the apartment home. Personal items are not permitted in the outside walkways, breezeways or under stairs.

## 16. Smoke or Other Odors

In the event your community is not designated as a smoke-free community, you, your occupants, guests, and invitees acknowledge that management cannot prevent smells of smoke in and around your apartment home and community.

16.1 **Resident Responsibilities:** If you smoke or create other types of odors, you shall provide proper ventilation so you do not disturb or cause inconvenience to others. Open windows and use fans to allow the odors to escape the apartment home. You shall dispose of cigarettes so as not to create a fire hazard or litter.

16.2 **Removal of Odors:** If the carpet, walls, A/C ducts, or other items in the apartment home retain odors due to your use or surrounding residents complain about the odors, you will be responsible for removing unwanted smells and odors. The cost to remove the odors or replace the items if the odors cannot be removed will be charged to your account.

16.3 **Designated Smoke-Free Community:** In the event your community is a designated smoke-free community you, your occupants, guests, and invitees agree to uphold the no smoking policy which may include the use of vaping devices. Management will have the right to fine charges.

## 17. Parking and Vehicles

In the event your community has parking for the enjoyment of all residents, the following policies apply:

a) **Speed Limit:** Unless otherwise posted, the speed limit is ten (10) miles per hour.
b) **Posted Signs:** You are responsible for following all posted signs including height restrictions, mounted mirrors, and traffic control devices.
c) **Unassigned Parking:** In the event parking at your community is unassigned, you can park on a first-come, first-serve basis, except in designated areas. Guests must park in guest parking only.
d) **Assigned Parking:** In the event parking at your community is assigned, you must park only in your assigned space. Guests must park in guest parking only.
e) **Limitation of Vehicles:** In the event your community has a limitation on the number of vehicles allowed, see management for specific community vehicle limitations.
f) **Courteous Parking:** Please be courteous to your neighbors. Do not take up two spaces with one vehicle or park on the grass, sidewalks, or patios.
g) **Restricted Vehicles:** In the event your community does not allow campers, trailers, boats, buses large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment, they are not allowed to be parked anywhere on the community including carports and/or garages. Violators will be towed away without notice at owner's expense.
h) In the event your community allows campers, trailers, boats, buses large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment to be parked, you must park only in the area assigned by management. Violators will be towed away without notice at owner's expense.
i) **No Vehicle Repairs:** Automobile repair work is not allowed on the community. Washing vehicles is not allowed unless there is a designated car care facility.
j) **Licensing Requirements:** Vehicles must meet all state inspection, registration, and licensing requirements to remain on the community.
k) **Towing:** Any unauthorized motor vehicle that is parked in a fire lane, handicapped space, blocking a trash receptacle or a garage, double parked, abandoned (expired registration/licensing) or inoperable will be towed away without notice at the owner's expense. You are responsible for notifying occupants, guests and invitees of these towing policies. Neither owner nor management will be responsible for any damage or charges to the vehicle involved.
l) **Motorcycles:** Motorcycles should be parked in parking lots or garages. Do not park them on patios, balconies, inside your apartment home, in breezeways or under stairs. They must have a current tag. No "dirt bikes" are allowed on the community. Your community may require a kickstand block (see management for details).
m) **Inadequate Space:** You acknowledge that although parking space may be provided for residents, this space may prove inadequate at times.
n) **Vehicle Insurance:** Resident acknowledges that resident will park all vehicles at resident's own risk and will maintain proper insurance on resident's vehicles.
o) **No Loitering or Sports:** You, your occupants, guests, and invitees may not engage in the following activities in parking areas: loitering (standing or waiting around) playing sports or disrupting the flow of traffic.

## 18. Parking Tags / Stickers

In the event your community requires parking tags/stickers, the parking tag/sticker must be visibly displayed either on the rear view mirror or taped next to the vehicle registration. Neither owner nor management are responsible for damage to tint or glass due to the sticker. The vehicle can be towed without notice at the owner's expense in accordance with state law.

a) You agree to advise your occupants, guests and invitees to park in the designated guest parking spaces only.
b) If your sticker/tag is lost, stolen, damaged, or not returned upon move-out, a replacement fee of $____N/A____ will be assessed to your account.

## 19. Enclosed Garage, Carport, or Storage Unit

In the event an enclosed garage, carport or storage unit is included in the rent or leased by the resident, it is subject to the same terms and



Initials [signature]

conditions that apply to the Lease Contract of the apartment home itself, and it covers the same period of time. Additional conditions are as follows:

a) **Addendum:** A Garage, Carport, or Storage Addendum should be signed that details all fees, deposits, or other charges.
b) Only operable, registered/licensed motor vehicles and bicycles should be parked in garages and carports.
c) Garages may not be used for the sole purpose of storage.
d) **Prohibited Items:** Residents will not, at any time, keep within the garage or storage unit anything that is dangerous or detrimental to the safety or health of other residents or occupants of the community, or in violation of any building codes or city ordinances. Prohibited items include fuel (other than vehicle fuel tanks), flammable materials, fireworks, piles of paper, rags or other flammable material that may create a fire hazard.
e) **Owner reserves the right to remove, without prior notice, any contents of the garage, carport, or storage unit that the owner reasonably believes might constitute a fire or environmental hazard.**
f) Management may enter garage, carport, or storage units to ensure compliance with this addendum to the extent allowed by law. Written notice of such opening and entry will be provided in accordance with the Lease Contract.
g) **Locks:** Garage and storage unit door locks may not be re-keyed, added or changed without prior written consent by management.
h) **Garage Door Opener:** In the event a garage door opener is included, resident acknowledges future responsibility for its maintenance, including battery replacement. Transmitter frequency settings may not be changed on the garage door system without management's prior written consent. Neither owner nor management make any representations of security.
i) **Deposit or Fee:** A deposit or fee may be required for a garage door opener. In the event a refundable deposit is required, the deposit will be refunded when the door opener is returned at the time of move-out in good condition.
j) **No Alterations:** Improvements or alterations to the interior or exterior of the garage, carport, or storage unit may not be made without management's prior written consent. Resident will not place any nails, screws, bolts or hooks into walls, ceilings, floors or doors. Any damage to the garage, carport, or storage unit (not caused by management) will be paid for by the resident.
k) **Not Responsible for Loss or Damage:** Resident will maintain comprehensive insurance for resident's vehicles and personal property at all times. Neither owner nor management will have any liability for loss or damage to resident's vehicles or other property stored in the garage, carport, or storage unit, whether by accident, fire, theft, water, weather related events, vandalism, mysterious disappearance or otherwise.
l) **Remaining Items:** All items remaining in the garage, carport, or storage unit after the resident has vacated the apartment home will be disposed of according to the Lease Contract which addresses owner's disposition or sale of property left in an abandoned or surrendered apartment home.
m) **Attached Garage:** In the event the garage is attached to your apartment home, when inside the apartment home, always keep the garage door closed and secured and lock the keyless deadbolt lock on the door between the garage and the apartment home, as well as all other entry doors. When leaving, be sure to lock all keyed deadbolt locks. However, do not lock keyless deadbolts when exiting your garage or you may lock yourself out of your apartment home and be unable to gain access.
n) **Prohibited Activity:** No one may sleep, cook, barbeque, or live in the garage, carport, or storage unit.
o) Persons not listed as a resident or occupant in the lease may not use the garage, storage, or carport.
p) No plants may be grown in the garage, storage unit, or carport.
q) **No Running Vehicles Inside Closed Garage:** Because of carbon monoxide risks, you shall not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.
r) No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law. We may choose to provide a detection device not required by law by separate addendum.
s) Storage units may be used only for storage of personal property.
t) In the event your community has carports, carports are assigned parking unless otherwise instructed by management. Violators will be towed without warning at the owner's expense.
u) **Damages:** Residents are responsible for damage you cause to the carport, garage, or storage unit. Please pay attention to the height of vehicles and moving vans to ensure they do not damage the carport or garage.

## 20. Animals

**20.1 Service Animals:** Service animals are welcome. Service animals will be accepted without breed or weight restrictions. No fees, rent, or deposits will be required for service animals. Documentation for service animals may be requested.

**20.2 Animal Policies:** In the event your community allows animals the following policies apply.

a) **Animal Addendum Required:** Animals, including visiting animals, are not allowed without a signed Animal Addendum that should detail fees, charges, and deposits.
b) **Items Required Prior to Move In:** Prior to move in, resident must provide to management the animal deposit and fees, a copy of veterinarian records, city license, if required, and a current immunizations record.
c) **No More Than Two Pets:** A maximum of two pets per apartment home are permitted.
d) **Weight Limits:** Pets shall not exceed the restricted weight limit. Contact management for your community specific weight limits.
e) Dogs must be at least one year old.
f) **Restricted Breeds:** The following breeds are not permitted on the community: Rottweiler, Doberman Pinscher, Pit Bull Terrier/Staffordshire Terrier, Chow, Presa Canarios, Akita, Alaskan Malamutes, Wolf-Hybrid, or any mix thereof. Specific communities may have additional breed restrictions. Contact management for additional breed restrictions that apply.
g) **Owner Shall Determine Breed:** Regardless of resident's representation as to the breed or classification of any animal resident agrees that owner shall make the final determination as to the breed or classification of resident's pet or animal in owner's sole and absolute discretion. Restricted Breeds shall have the broadest possible meaning, and includes, but is not limited to, any animal displaying physical traits or characteristics of any restricted breed animal, whether by observation or by standards established by the American Kennel Club, or other applicable association or defined by any law, statute or ordinance.
h) **Cats:** Cats must be spayed or neutered.
i) **Animals Not Allowed in Amenities:** Animals, except Service Animals, are not permitted in the pool, pool area, or community amenity areas such as the business and fitness centers.
j) **No Staking Animals:** At no time may an animal be staked or tied outside the apartment home. This includes the patio, balcony or any other common area.
k) **No Exotic Pets:** No exotic pets are allowed, such as rabbits, ferrets, snakes, gerbils, hamsters, rats, mice, chinchillas, or large birds.
l) **Dog Park:** In the event your community has a dog park, residents shall follow the rules posted or provided by the community, in addition to those outlined in Section 44 of this Addendum. Use of the Dog Park is at your own risk.
m) **Aquariums:** Aquariums up to 20 gallons are allowed without a pet deposit or fee. Residents with aquariums over 20 gallons may be required to pay a pet deposit or fee and have proof of renter's insurance. See management for details.
n) **Resident Responsible for Animal:** Resident is responsible for any injury or damages to persons, other animals, or property caused by the animal or to the animal.
o) **Leash:** Animals must be on a leash when walked on the community grounds.
p) **Disturbances:** The animal must not disturb neighbors or other residents.
q) **Pet Feces:** Animal defecation outside the apartment home is allowed in designated areas and must be removed immediately by resident. Contact management for community specific details.
r) **Animal Food and Water:** Animals must be fed and watered inside your apartment home. Do not leave food or water outside your apartment home as it can attract wildlife or stray animals.
s) **Pet Insurance:** Residents with pets are strongly encouraged to obtain pet insurance. Speak to management for further details.
t) **Animal DNA Program:** In the event your community utilizes an Animal DNA program to properly identify pet waste, you agree to provide a sample of your pet's DNA for identification purposes. You agree you may be responsible for applicable charges.

## 21. Trash Removal and Disposal

a) **Curbside Pick Up:** In the event your community offers curbside trash pick-up, contact management for the scheduled days and times of pick-up. You will be charged for any trash left out on days that are not scheduled for pick-up. Owner reserves the right to remove curbside trash pick-up service upon written notice to residents of the change.
b) **No Curbside Pick Up:** In the event your community does not offer curbside trash pick-up, residents shall dispose of their bagged and tied trash inside the compactor/dumpster facility as instructed by owner or by the sign near the compactor/dumpster.
c) **Trash Chutes:** In the event your community has trash chutes, contact management for the scheduled hours of operation. Securely tied kitchen-sized bags are required. No loose items can be put in the trash chute. Do not use the chute for recycling. No boxes or large trash can be placed in the chutes. Contact management for details or questions regarding the use of the trash chutes.
d) **Recycling:** In the event recycling is offered at your community, you are responsible for complying with all recycling regulations. Contact management for community specific details.
e) **Potential Charges:** Residents will be charged $25.00 per bag for any trash left outside your apartment home or in breezeways. Please contact management if you require further instruction regarding proper disposal of garbage with the compactors, dumpsters, or chutes.
f) **No Litter:** In the event cigarette butts or other trash is found near or around patios/balconies, under windows, or near entry doors, owner reserves the right to assess a trash fine of $25 per incident.
g) **No Furniture as Trash:** No furniture may be left for trash removal.
h) **Dumpster Use for Residents Only:** Residents only are permitted to use the dumpster/compactor.

i) **No Dumpster Diving:** Do not retrieve items from the dumpster. Digging or scavenging is prohibited.
j) **General:** Please break down empty boxes. Keep the area clean and litter free. If applicable, close the lid after use.
k) **No Parking in Front of Dumpster:** No parking in front of the dumpster/compactor.
l) **Prohibited Items:** Prohibited items include propane tanks, flammable or toxic materials, furniture, bedding, appliances, auto batteries, tires, and oil/petroleum products.

## 22. Pest Control

22.1 **Extermination:** Unless prohibited by statue or otherwise stated in resident's Lease Contract, owner may have extermination operations conducted in the apartment home several times a year and as needed to prevent insect infestation. If pest control services are provided, resident shall pay the amount of $____ N/A ____ on or before the first day of each month to reimburse owner for extermination services to the apartment home. Such fee shall be paid by resident in the same time and manner as resident pays rent pursuant to resident's Lease Contract. Resident must request extermination treatments in addition to those regularly provided by management in writing.

22.2 **Resident Preparations for Extermination:** If the apartment home is not prepared for a scheduled treatment date, management has the right to prepare the apartment home and charge the resident accordingly, and/or reschedule treatment at resident's expense. Resident agrees to perform the tasks necessary to prepare the apartment home for extermination, including:

a) removing infants and young children from the apartment home;
b) removing animals or placing them in bedrooms with notification to management;
c) removing animal food bowls;
d) removing all food, utensils, glasses, and dishes and food containers from countertops and floors;
e) removing chain locks or other obstructions on the day of service;
f) removing contents from shelves, cabinets and floors where pests have been seen;
g) cleaning all cabinets, drawers, and closets in kitchen and pantry; and
h) refraining from wiping out cabinets after the treatment.

22.3 **Resident To Notify Owner of Health Issues:** Resident is solely responsible for notifying owner in writing prior to extermination of any anticipated health or other concerns related to extermination and the use of insecticides.

22.4 **Resident Responsibilities:** To reduce the possibility of pests, resident shall: (i) store all food in sealed containers; (ii) not leave food or dirty dishes out; (iii) empty all cans and bottles and rinse them with water; (iv) not keep brown paper grocery sacks around since they often contain roach eggs; (v) sweep and mop the kitchen regularly; (vi) vacuum carpets frequently to remove crumbs and other food particles; (vii) remove trash immediately; (viii) not put wet garbage in the trash; (ix) use the garbage disposal if available; and (x) not leave windows or doors open allowing pests to enter.

## 23. Packages / Deliveries

In the event your community accepts packages for residents, the following policies apply:

a) We will only accept packages from a commercial delivery service (UPS, Federal Express, etc.) and United States Post Office.
b) In the event your community offers Parcel Pending (or another package locker system), couriers will make all deliveries exclusively through the locker system. Refer to your community for the locker location name to be placed on address delivery label(s), which will instruct couriers of proper delivery.
c) **Not Responsible for Lost, Stolen, or Damaged Packages:** We will not be responsible or liable for any lost or stolen deliveries signed for or accepted by any of our authorized representatives. While your deliveries are in our possession, both during and after office hours, your deliveries are not secured.
d) Resident shall pick up your deliveries within 48 hours. If you do not pick up your delivery within 48 hours, we reserve the right to return to sender. Occasionally the number of deliveries may become too great or too cumbersome; therefore, we reserve the right at all times to refuse deliveries.
e) **Neither owner nor management are responsible for contacting residents when accepting packages. This is yours and the deliverer's responsibility.**
f) Deliveries or service requiring entrance into the resident's apartment home by anyone other than management will be allowed only with written permission from the resident.
g) Neither owner nor management are responsible for articles or parcels left at your door or in the office by delivery services.
h) Management will not be available after hours to allow you access to your deliveries. You must pick up your packages during regular office hours.
i) **No Perishable Goods:** Resident shall not have perishable goods delivered to the office.
j) We may not accept packages that are over 25 pounds or larger than 2'x2'x2'.
k) **Photo ID:** The resident may be required to present a photo ID or signature when picking up a package.

## 24. Maintenance Emergencies

Service requests will be handled after office hours if they are emergencies. We define EMERGENCIES as the following:

a) No electricity
b) Broken or non-working exterior doors, locks, windows
c) No heat (when outside temperature is below 50)
d) No air conditioning (when outside temperature is above 90)
e) No water
f) Commode not working (one bath apartment homes only)
g) Flooding
h) Broken pipes
i) Fire (call 911 immediately)
j) After business hours, emergency service requests can be reported by calling the office. The on duty service technician will be notified and will respond as quickly as possible.

## 25. Apartment Home Transfers

When transferring to another apartment home within the community:

a) Resident shall not replace or transfer resident's interest in the Lease Contract, or any part hereof, without prior written consent of management. Resident cannot be in violation of the Lease Contract in order to be approved for a transfer.
b) Residents must sign a Transfer form.
c) The criteria for qualifications of credit, income and employment, residence, and criminal must be met for residents that transfer within the lease term or at the end of the lease term.
d) You must fulfill at least 3 months of your current lease term before you will be eligible to transfer to a new apartment home.
e) A transfer fee is applicable and must be paid prior to transferring. A new security deposit will be required to secure the new apartment home. In addition, market rent and new pet deposit/fees (if applicable) must be paid.
f) You are required to provide a written move-out notice according to your Lease Contract from the current apartment home. The vacated apartment home must be left in the condition described in the move-out cleaning instructions. We will inspect the apartment home and forward statements and deposit refunds to your new address.
g) **If you cancel after the new apartment home has been assigned and taken off the market, you will be responsible for any economic loss sustained resulting from your failure to rent the new apartment home.**
h) Resident shall be responsible for all moving costs including those associated with switching utilities and services to the new apartment home if a transfer is approved.

## 26. Move Out Procedures

26.1 **Requirements to Receive Full Deposit Refund:** *The requirements below must be fulfilled in order to receive a full refund of your deposit.*

a) Submit a written Notice to Vacate to management in accordance with your Lease Contract.
b) Return all keys, access cards, remotes, fobs and/or garage openers to management or rent will continue to be charged per Lease Contract.
c) Pay any outstanding charges or delinquent rent. Leave a forwarding address with management.
d) Leave no damage of any kind in the apartment home (furniture, walls, carpet, floors, counters, appliances, etc.)
e) Remove all personal belongings.
f) Follow the move out cleaning instructions detailed below.

26.2 **Move-Out Cleaning Instructions:**
*These are the cleaning procedures, in addition to those stated on the Inventory and Condition form, for you to follow when moving out. If the instructions below are not followed and professional cleaning is required, resident will be charged for any cleaning services and damages beyond normal wear and tear.*

26.3 **Living Room**

a) Clean all window panes inside, windowsills and baseboards
b) Remove all dust or dirt from mini-blinds
c) Clean woodwork and walls of fingerprints and spots
d) Clean light fixtures and switch plates/replace bulbs
e) Vacuum carpet, sweep and mop floors
f) Clean ceiling fan and blades
g) Clean fireplace as directed and in accordance with Section 15.11 of this Addendum (if applicable)
h) Clean all entry doors (front, patio, etc.)
i) Clean track of patio doors
j) Remove all trash and personal belongings
k) Sweep and clean the patio/balcony and outside storage closet (if applicable)

26.4 **Bedrooms**

a) Clean patio door inside and out (if applicable)
b) Remove all dust or dirt from mini-blinds
c) Clean closets and remove hangers
d) Vacuum carpet, sweep and mop floors
e) Clean light fixtures - replace bulbs
f) Clean woodwork and walls of fingerprints and spots
g) Clean windowpanes inside
h) Clean ceiling fan
i) Remove all trash and personal belongings

26.5 **Kitchen**



Initials SW

a) Clean stove, range, countertop, all burners, drip pans, and under stove top – remove grease and particles, clean knobs and surfaces
b) Clean exhaust screen and venthood (do not clean secondary charcoal filter if applicable)
c) Clean oven, broiler and broiler pan
d) Clean inside and outside of refrigerator – defrost, set refrigerator to the lowest setting
e) Clean inside and outside of freezer – defrost if necessary
f) Clean all cabinets, including the pantry - restore to original condition (no lining material if applicable)
g) Clean light fixtures - replace bulbs
h) Clean all counter tops, drawers and sink
i) Sweep and mop floors
j) If applicable, clean microwave inside and out
k) Clean front and inside of dishwasher; remove any standing water, clean front panel and knobs
l) Clean behind appliances
m) If applicable, clean the washer/dryer
n) Remove all food, trash and personal belongings

26.6 Bathrooms
a) Clean all cabinets inside and out
b) Clean woodwork windows and baseboards
c) Clean mirrors
d) Clean walls or wallpaper
e) Clean sink, tub, shower, and toilet and remove appliqués
f) Clean light fixture - replace light bulbs
g) Sweep and mop floors

26.7 General
a) Clean all light switch plate covers, electrical outlet covers, all window and sliding glass door tracks, windows, doors, mini-blinds, light fixtures, and ceiling fans
b) Sweep patio, sweep cobwebs, clean light fixtures, clean doors
c) Vacuum carpet and clean floors
d) Remove all debris, trash, and personal belongings
e) Replace all burned out or missing light bulbs
f) Replace dead or missing smoke alarm and carbon monoxide detector (if applicable) batteries

**Please note:** The security deposit or statement of disposition will be returned by mail to the forwarding address left by you, subject to any deductions for cleaning, and damages beyond normal wear and tear, final utility bills, etc. Deposit refunds cannot be picked up at the office

## 27. Amenities / Facilities

**27.1 Enjoyment of Facilities by All Residents:** These policies are in place for the convenience, safety and full enjoyment of the facilities by all residents. Resident should be considerate of others while using the amenities.

**27.2 Use Amenities At Your Own Risk:** The use of any and all of the amenities by the resident, occupants, guests and invitees shall be at their own risk

**27.3 Management May Regulate Use:** Resident, occupant, guest, or invitees use may be regulated, denied, or restricted at any time by management.

**27.4 Policies for Amenities:** Residents and all occupants, guests and invitees shall comply with all community policies and rules regarding use of the resident's dwelling and the common areas. There are rules contained in the Lease Contract and, in some cases, separate rules attached to the Lease Contract or provided to the residents during the lease term. *If you have concerns, or notice unusual or dangerous circumstances at any facility or amenity area, please notify management and/or police.*

## 28. Amenity / Facility Safety-Related Age Restrictions

**28.1 Safety-Related Age Restrictions:** The following age restrictions have been made to the amenities/facilities based upon safety-related reasons. In the event your community has posted signage that specifies different safety related age restrictions than the ones listed in these policies, you will be expected to comply with the signage at your community.

**28.2 Persons Under the Age of 14 Years:** Resident agrees that persons under the age of 14 Years must be accompanied by a parent or legal guardian to the following amenities/facilities:
a) Swimming Pool
b) Spa / Hot Tub
c) Tennis / Volleyball / Basketball Court
d) Club Room / Game Room / Theater
e) Fitness Center
f) Video Library
g) Business Center
h) Playground
i) Laundry Room
j) Shuttle
k) Dog Park
l) Roof Top Deck
m) Garden
n) In some cases, a leaseholder, parent or legal guardian may need to supervise people under 14 years for Equipment Check Out. See management for details

**28.3 Persons Under the Age of 18 Years:** Resident agrees that persons under the age of 18 Years must be accompanied by a parent or legal guardian to the following amenities/facilities:
a) Tanning Bed, Tanning Dome, or Spray Tan Booth
b) Private Party Facility / Clubroom Rental
c) BBQ Grill / Outdoor Kitchen / Fire Pit / Fire Place

**28.4 Residents Shall Exercise Their Own Prudent Judgment:** *While these policies contain minimum provisions regarding the supervision of persons less than specified years of age, residents are advised to exercise their own prudent judgment with respect to the unsupervised use of the facilities located throughout the community by minors. Owner and management by establishing the minimum requirements contained in these policies, are not in any manner representing, guaranteeing or ensuring the safety of any persons when participating in the activities or using the facilities of the community with or without supervision.*

## 29. Swimming Pool and Spa / Hot Tub

In the event your community has a pool and/or hot tub for the enjoyment of all residents, the following policies apply
a) **We do not provide, at any time, safety or supervisory personnel at the pools, hot tubs, spas, or any other common area. LIFEGUARDS ARE NOT PROVIDED.**
b) **SWIM AT YOUR OWN RISK. For your safety, do not swim alone.**
c) **NO DIVING. DIVING MAY RESULT IN INJURY OR DEATH.**
d) Neither owner nor management can assure, guarantee or warrant your safety
e) With the exception of service animals, no pets are allowed
f) For the safety of all, no glass of any kind is allowed
g) Profanity, reckless activity, disruptive behavior or excessive noise will be immediate grounds for dismissal and/or permanent ban from the pool/hot tub areas
h) **In case of Emergency, dial 911**
i) Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items
j) No jumping into the pool from balconies, patios, fountains or other structures near the pool
k) Anyone with a communicable disease capable of infecting others is prohibited from swimming in the pool/hot tub
l) Keep gates closed at all times
m) Respect others by keeping noise to a minimum, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas and disposing of trash properly.
n) **Consult Your Doctor Prior to Use:** If you are pregnant, do not use the hot tub without medical consultation. If you suffer from heart disease, diabetes, high or low blood pressure, seizures, circulatory problems, or other health problems, do not enter the hot tub without prior medical consultation from your doctor
o) Overexposure to hot water may cause dizziness, nausea, and fainting. Hot water exposure limitations vary from person to person
p) Check the hot tub temperature before entering the hot tub. Do not use the hot tub if the temperature is above 104 degrees Fahrenheit. Do not operate the hot tub if the suction outlet cover is missing, broken, or loose
q) Do not place electrical appliances (telephone, radio, TV, etc.) within five feet of the pool or hot tub
r) **Pool parties are prohibited** without prior written consent by management. We are unable to provide reservations for any pool/hot tub area and we are unable to allow any type of group gathering in the pool area
s) **Attire:** Appropriate swimwear is required at all times as determined by management. No t-backs, g-string/thong suits, cutoffs, see-through material, diapers, indecent exposure or any attire deemed inappropriate by management is allowed
t) **Hours:** Unless otherwise posted, pool/hot tub areas are open **from 10:00 am to 10:00 pm daily**. Anyone in a pool/hot tub area after closing will be required to leave immediately
u) **Guests:** Residents are limited to 2 guests per apartment home to any pool/hot tub area, and resident must accompany guests

## 30. Sports Courts (Tennis, Volleyball, Basketball, etc.)

In the event your community has sports courts (tennis, volleyball, basketball, etc.) for the enjoyment of all residents, the following policies apply
a) **In case of emergency, dial 911**
b) Attendants are not provided. Use the sports courts at your own risk
c) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items
d) Motorcycles, bicycles, tricycles, roller blades, skateboards and skates are not permitted on the court surface
e) Do not sit or lean on the net. Do not hang from or climb on the goal or nets. Do not damage equipment or facility
f) No glass containers and no food is allowed
g) Proper athletic shoes with rubber soles are required
h) Loud music, dangerous conduct and fighting are prohibited

i) **Hours:** Unless otherwise posted, these facilities are available for your use from 10:00 am to 10:00 pm daily
j) **Guests:** Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest.

## 31. Club Room / Game Room / Theater

In the event a club room, game room, or theater (s) is provided for the enjoyment of all residents, the following policies apply

a) **In case of emergency, dial 911**.
b) No alcoholic beverages or smoking allowed No glass containers.
c) No wet clothing permitted
d) Clubroom hours are determined by management and may be posted outside the main entrance to the Clubroom
e) Resident must provide government issued photo ID in order to check out billiard or other equipment from management All items must be returned, in good condition, at closing.
f) Use the facility at your own risk Use the equipment only in the manner intended by manufacturer
g) Handle equipment with care Do not remove or damage equipment and supplies.
h) Guests must be accompanied by resident. No more than two guests per resident
i) No running, fighting, dangerous conduct, or noise which disturbs others
j) Do not leave personal items in this area. Management is not responsible for any lost, stolen or damaged items

## 32. Tanning Bed, Tanning Dome, or Spray Tan Booth

In the event a tanning device (s) is provided for the enjoyment of all residents, the following policies apply:

a) **Addendum:** The Tanning Addendum must be signed prior to initial use.
b) **Use at your own risk** You assume all risk, including risks of injury or disease, relating to your use of the tanning facility
c) **Consult Your Doctor Prior to Use:** Consult your doctor prior to use. Overexposure to ultraviolet light may cause burns Repeated exposure may result in premature aging of the skin and skin cancer. Abnormal skin sensitivity or burning may be caused by reactions of ultraviolet light to foods cosmetics, and medications.
d) **People Taking Prescriptions:** Any person taking a prescription or over-the-counter drug should consult a physician before using a tanning device.
e) **Pregnant Women:** Pregnant women should consult their physician before using a tanning device.
f) **People Who Burn Easily:** People with skin that burns easily and people with a family or past medical history of skin cancer should avoid a tanning device.
g) **Clean the Device After You Tan:** If instructed by management, you must clean the tanning bed or the floor of the tanning dome with the solution provided after you tan
h) **Residents Only:** For resident use only
i) You must be at least 18 years of age to use the tanning device All users sixteen or seventeen years of age using the device for the first time must provide a written informed consent statement signed and dated by the user's parent or legal guardian stating that the parent or legal guardian has read and understood the warnings given by the tanning facility, consents to the minor's use of a tanning device, and agrees that the minor will use protective eyewear
j) **Tanning Appointments:** Tanning appointments are regulated by management Cancellations of appointments must be made 2 hours in advance to the appointment If you miss your appointment or do not cancel 2 hours in advance, your tanning privileges may be revoked and fines may be charged.
k) **One Appointment Per 24-Hour Period:** You are only allowed to tan one time during a 24-hour period
l) **Use Equipment In Manner Intended:** Use the equipment only in the manner intended by the manufacturer Please handle it with care Do not damage equipment.
m) Do not leave personal items in this facility Neither owner nor management are responsible for any lost, stolen, or damaged items.
n) **Warning Signs, Laws, and Eye Protection** You agree to abide by all warning signs and laws regulating a tanning facility, including the use of eye protection
o) In case of emergency, call 911

## 33. Fitness Facilities

In the event your community has fitness facilities for the enjoyment of all residents, the following policies apply

33.1 **General Policies:**

a) Attendants are not provided Use the fitness facilities at your own risk.
b) Please provide your own towel
c) Please do not slam weights Re-racking your weights is required.
d) Limit cardio to 30 minutes when others are waiting
e) No food, glass or open drink containers are allowed Sports bottles or other non-spillable containers are welcome
f) No gym bags are allowed on the workout floor
g) Immediately report any needed repairs of facility equipment, doors, windows or lighting to management. Do not attempt to make repairs to the fitness equipment
h) **In case of emergency, dial 911**.
i) Neither owner nor management are responsible for accidents injuries, or lost, stolen damaged or misplaced items
j) Pets are not allowed.
k) Please use headphones when listening to music.
l) Follow manufacturer's directions for proper use of equipment Do not damage equipment.
m) Do not use, adjust or operate fitness equipment beyond your physical limitations.
n) Please report vandalism and unauthorized users
o) Do not remove fitness equipment from the fitness room.
p) Do not leave personal items in the fitness room
q) Respect others by keeping noise to a minimum and by disposing of trash properly.
r) Please wipe down the fitness equipment with a clean towel once you are done.
s) No smoking or alcoholic beverages are allowed in the fitness area
t) Fitness facility hours are community specific and will be posted Contact management for details
u) Resident agrees to the fullest extent allowed by law that resident releases and holds harmless management from any and all claims, damages or expenses related to the use of amenities, fitness center, fitness center equipment or fitness classes even if caused or contributed by management's negligence

33.2 **Guests:**

a) No more than two (2) guests per resident are allowed
b) Guests may not bring guests.
c) Guests must adhere to all policies and procedures
d) Resident must accompany guests at all times.

33.3 **Attire:**

a) Proper athletic shoes with rubber soles must be worn (no sandals, bare feet, etc.)
b) Proper apparel is required at all times including shirts or tank tops (jog tops are acceptable, however, no street clothes, jeans, cutoff shorts or cutoff shirts are allowed )
c) No bathing suits, swim attire, or wet clothing is allowed

## 34. Equipment Checkout

In the event your community has equipment checkout for the enjoyment of all residents, the following policies apply

34.1 **Policies:**

a) Equipment available to checkout by resident may include but is not limited to water volleyballs, sand volleyballs, bicycles canoes, kayaks, roller blades pool table equipment, tennis/racquetball rackets and basketballs
b) Equipment must be used in the manner in which the manufacturer intended
c) Damages to any equipment must be paid within ten (10) business days of receipt for cost of damage
d) In case of emergency, call 911

34.2 **Resident Acknowledgements:** Resident(s), occupant(s), guest(s), and invitee(s) acknowledge that he/she:

a) Understands the risk inherent in using such equipment
b) Has inspected all equipment and found it to be in satisfactory condition
c) Is in satisfactory health and know his/her own physical limitations
d) Is using the equipment at his/her risk and assumes all responsibility for its use
e) Will be liable for reimbursement for any damage to the checked out equipment or to other property damage caused by using said equipment and understand that owner may assess the cost of damages to the rental account or deduct it from the deposit if allowed by law.
F) AGREES TO THE FULLEST EXTENT ALLOWED BY LAW THAT RESIDENT RELEASES AND HOLDS HARMLESS OWNER AND MANAGEMENT FROM ANY AND ALL CLAIMS, DAMAGES OR EXPENSES RELATED TO THE USE OF THE BORROWED EQUIPMENT, AMENITIES, FITNESS CENTER OR FITNESS CLASSES EVEN IF CAUSED OR CONTRIBUTED BY NEGLIGENCE OF OWNER OR MANAGEMENT.

## 35. Video / DVD Library

In the event your community provides a video/DVD library, the following policies apply

a) You acknowledge and agree to be fully responsible for any and all videos/DVDs borrowed by self or other occupants while using the video services provided.
b) All videos/DVDs must be returned in good working condition (except reasonable wear and tear) within 48 hours
c) Neither owner nor management are responsible for persons borrowing videos/DVD's that may not be suitable for their age
d) A daily late fee specified by your community will be assessed for each day the video/DVD is not returned

e) Owner may charge your account the total amount owed including late charges and/or market value of all items not returned in good working condition.

## 36. Business / Computer Center

In the event your community has a business center for the enjoyment of all residents, the following policies apply:

a) **For resident use only.**
b) **Use at your own risk. Neither owner nor management are responsible for viewings, viruses or loss of information.**
c) In case of emergency, call 911
d) Please be considerate of others. Limit computer use to 30 minutes when others are waiting.
e) Documents are to be saved on Resident's own CD or jump drive and not on the hard drive. Documents saved on the hard drive will be deleted
f) In the event copy and local fax services are available for residents, there may be a minimum charge. Long distance fax service may be available for an additional charge. *We cannot be responsible for incoming faxes. This includes confidential or sensitive information*
g) Handle the equipment with care. Use equipment in the manner in which the manufacturer intended.
h) Do not damage the equipment. Resident will be held responsible for any damage to equipment beyond ordinary wear and tear during resident's and occupant's time of use
i) No food, drink or smoking allowed in computer center
j) Do not remove equipment. In the event this area is electronically monitored, any attempt to remove the equipment will engage the alarm system
k) Screen savers are not to be tampered with at any time
l) No obscene information or material is allowed on the computers at any time or for any reason.
m) Resident must provide resident's own paper for printing purposes
n) Changing from one computer to another could spread a virus. Neither owner nor management are responsible for any virus infections
o) Neither owner nor management are responsible for lost, stolen or damaged items
p) Business center hours are community specific and will be posted. Contact management for details
q) **Violation of any or all of the above stated rules may result in termination of business center use or other action.**

## 37. Playground

In the event a playground (s) is provided for the enjoyment of all residents, the following policies apply:

a) **In case of emergency, dial 911.**
b) Attendants are not provided. Use the playground at your own risk.
c) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items
d) All persons must comply with posted playground hours
e) Motorcycles, bicycles, skateboards and skates are not permitted on the playground
f) No glass containers. No food or drink is allowed.
g) Use equipment only in the manner designed or intended by the manufacturer
h) Do not use if wet
i) Beware of hot surfaces
j) Proper athletic shoes with rubber soles must be worn. No bare feet.

## 38. Private Party Facility / Clubroom Rental

In the event your community provides a private party facility or club room rental, the following policies apply.

a) **Rental Agreement:** A Clubroom Rental Agreement must be signed prior to the event. Contact management for details regarding rates, availability, etc. Rates are subject to change at any time
b) **Deposit or Fee:** A deposit or fee may be collected prior to the event and may be returned after event date has passed and inspection of the facility/clubroom has been completed
c) **Event Insurance:** Event Insurance is insurance for a one-time event. This may be required in order to use or rent the clubroom or private party facility. See management for details.
d) **Maximum People:** The Clubroom accommodates a maximum number of people. Resident shall contact management for additional information to make sure any event does not exceed the maximum occupancy limits.
e) **Equipment:** The room may include a stereo system or other equipment. See your specific community for details on operating the equipment.
f) **Holidays or Specific Days:** Specific days and/or holidays, as determined by owner, may require a higher fee
g) **No Private Signage:** No private signage of any kind is allowed on common areas or street areas
h) **Rented to Residents Only:** Party facilities may not be leased to non-residents. Booking an event for an acquaintance requires your personal attendance at the entire event as well as full liability for any damages, overtime charges or conduct issues
i) **Parking:** Parking is limited to the area in front of the clubhouse
j) **Damages:** The resident agrees that any damages to the clubroom, contents, or its facilities will be the resident's responsibility and that the resident will pay for replacement or repair costs. If repair or replacement exceeds the deposit, the resident agrees to pay the excess within 24 hours of notification.
k) **Policies:** The resident occupants, guests and invitees must comply with the rules and regulations. The resident agrees that the conduct of him/her and occupants guests and invitees shall not be disorderly, boisterous, or unlawful and shall not disturb the rights and comforts or conveniences of other residents
l) **No Smoking:** This is a non-smoking building. Smoking is only permitted outside.
m) **Furniture:** Do not move furniture without prior permission. In addition, stereos are not permitted outside the clubroom
n) **Noise:** If noise from a resident's party prompts a complaint where patrol service is called out to the community, the clubroom deposit shall be automatically forfeited and the party will be shut down immediately
o) **Management Items:** Items belonging to management left in the cabinets or refrigerator are not to be disturbed or used by the resident, occupants guests or invitees.
p) **Patrol:** Owner reserves the right to patrol the party at any time to observe compliance of the above policies
q) **Original Condition:** The facility must be returned in its original condition and cleaned or the deposit will not be returned. This includes removing all trash cleaning floors, counters appliances, fireplaces, etc.

## 39. Barbecue Grill / Outdoor Kitchen / Fire Pit / Fire Place

In the event your community has BBQ grills, Outdoor Kitchens, Fire Pits, or Fire Places for the enjoyment of all residents, the following policies apply.

a) Use of facilities is at your own risk
b) Barbecue Grill instructions may be posted at each location or attainable from management. Please contact management before attempting to use these grills.
c) Please comply with all safety precautions. For the safety of all no glass of any kind is allowed in the pool area.
d) Keep pets and young children away from open flames
e) Your community may require a deposit or fee to use the facility. Contact management for further details.
f) Use the equipment only in the manner intended by the manufacturer. Handle equipment with care. Do not remove or damage equipment and supplies
g) We are unable to provide reservations nor allow any type of group gathering in a gated area
h) In the event your community grill uses a propane tank, it cannot be stored in your apartment home, garage, storage unit, or patio/balcony. When transporting propane tanks, keep the container in a secure, upright position. Never keep a filled container in a hot car or car trunk. Heat will cause the gas pressure to increase, which may open the relief valve and allow gas to escape
i) You will be responsible for the entire amount of all damages beyond ordinary wear and tear caused by your use of the facility including all cleaning and repair costs.
j) No fighting, dangerous conduct, or noise which disturbs others
k) Do not leave personal items in this area. Neither owner nor management are responsible for any lost, stolen or damaged items
l) Never leave a fire unattended. Do not leave until the fire is completely out.
m) Keep flammable materials away from the fire, including potholders, oven mitts wooden utensils paper or plastic bags, food packaging towels, etc. Roll up any loose-fitting or long sleeves
n) Clean the facility after use
o) If a fire on a grill seems out of control, turn off the burners.
p) If a fire on a grill involves a propane tank and you can safely reach the tank valve, shut the tank valve off
q) In the case of an emergency call 911
r) **Hours:** Unless otherwise posted, these facilities are available for your use between the hours of 10:00 a.m. and 10:00 p.m.
s) **Guests:** Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest

## 40. Sauna

In the event your community has a sauna for the enjoyment of all residents, the following policies apply

a) We do not provide at any time, safety or supervisory personnel
b) Use at your own risk
c) Neither owner nor management can assure, guarantee or warrant your safety. Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items
d) **Prohibited Items:** No electronic equipment, no glass, no smoking, no eating, no metal jewelry, remove glasses or contact lenses.
e) **In case of Emergency, dial 911.**
f) Keep the door closed
g) **Consult Your Doctor Prior To Use:** If you are pregnant or taking medication, do not use the sauna without medical consultation. If you suffer from heart disease, diabetes, high or low blood pressure, seizures, circulatory problems, or other health problems, do not enter the sauna without prior medical consultation from your doctor

h) Leave immediately if you experience dizziness nausea, headache, or fainting. Exposure limitations vary from person to person. Be careful not to overheat.
i) Do not consume alcohol prior to or after use.
j) **Attire:** Appropriate apparel is required at all times as determined by management.
k) **Hours:** Unless otherwise posted, hours are from **10:00 am to 10:00 pm daily**.
l) **Guests:** Residents are limited to 2 guests per apartment home and resident must accompany guests.
m) Use only as manufacturer intended. Follow any posted instructions.
n) Stay well hydrated. Cool down gradually after you leave.

## 41. Car Cleaning Facility / Car Wash

In the event your community has a car cleaning facility for the enjoyment of all residents, the following policies apply.
a) Use at your own risk
b) For resident use only in designated areas
c) Use only as manufacturer intended. Follow any posted instructions.
d) In the event your community's facility has cleaning solutions, do not use if you have a sensitivity to chemicals that may be present in cleaning solutions.
e) The vehicle must be fully stopped and parked. No running vehicles.
f) Take precautions to prevent slipping due to wet surface areas. Do not use a ladder or step stool.
g) In the event your community has a power wash spray nozzle, keep both hands on it while operating it. Do not point or spray anyone with it.
h) Do not attempt to hand wash or dry broken headlights, taillights, glass or body damaged areas with sharp pointed edges.
i) Wash your hands with soap and water after use.
j) Do not vacuum sharp objects as it may cause damage. Do not vacuum personal belongings as items may not be retrieved. Dispose of all trash in the appropriate receptacle.
k) We do not provide, at any time, safety or supervisory personnel. Neither owner nor management can assure, guarantee or warrant your safety. Management is not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
l) Resident will be held responsible for any damage to equipment during use. Please report to management the misuse, damage or malfunctioning of equipment.
m) **Prohibited Items:** No electronic equipment, no glass, no smoking, no eating.
n) **In case of Emergency, dial 911.**
o) **Hours:** Unless otherwise posted, hours are from 10:00 am to 10:00 pm daily.

## 42. Laundry Room

In the event your community has laundry rooms, the following policies apply.
a) Use machines as intended by the manufacturer.
b) Do not over load the machines.
c) Check water temperature desired. Check dryer heat desired. Clothes washed in water that is too hot or over dried in the dryer may shrink, melt, or change color.
d) No dying of clothes is permitted.
e) Do not wash or dry rugs, comforters, bedspreads or quilts in the machines.
f) Remove lint from dryer and wipe down after use. Please leave machines clean.
g) If you spill something, you agree to clean it up.
h) Dispose of detergent containers properly. Trash cans are not for personal use.
i) Remove clothes and dryer sheets in a timely manner.
j) Measure your soap and use as directed. Using too much detergent can cause the machines to malfunction.
k) Facilities are for use by residents only.
l) Any loss or damage to clothing is not the responsibility of management.
m) Use of facilities is at your own risk.
n) In case of emergency, call 911.

## 43. Shuttle

**43.1 Policies:** In the event your community has a shuttle for the enjoyment of all residents, the following policies apply. Resident hereby represents the resident:
a) assumes all risks and responsibilities with respect to any loss, claim, damage or injury to person or property relating to or arising out of resident's riding on or use of the shuttle;
b) will wear seatbelts at all times while the shuttle is in motion;
c) will comply with all rules of the community with respect to riding on, or the use of, the shuttle;
d) will not engage in horseplay or disruptive, loud or obnoxious behavior while on the shuttle;
e) if the shuttle is not full, resident will sit in seats that are in front of the rear axle of the shuttle; and
f) will not have food or drinks (other than bottled water) on the shuttle.

**43.2 Maximum Passengers:** Resident understands that, unless otherwise designated by management, the maximum amount of people that can ride on the shuttle is 15 passengers and that, even though resident stands in line for a shuttle and signs the release, resident may be denied access to the shuttle.

**43.3 Resident Responsibilities:** Resident further represents that at all times, resident will supervise and maintain custody and control over any minors riding with resident on the shuttle. Residents are responsible for making sure that their guest(s) will only ride the shuttle in the event there are available seats that will not be taken by other residents.

**43.4 Release:** Resident on resident's own behalf and on behalf of all occupants and guests of resident that may also ride the shuttle, hereby releases, discharges and forgives owner and management from any and all liability, responsibility, injuries, claims damages or causes of action of any nature whatsoever whether in contract, in tort or by statute, resident has or may have or might sustain arising out of, relating to or connected with riding on the shuttle or transporting resident to any events, activities, classes or any other destinations.

## 44. Dog Park / Pet Cleaning Station

In the event your community has a Dog Park or Pet Cleaning Station for the enjoyment of all residents, the following policies apply.
a) Unless otherwise posted, the hours are from dawn to dusk.
b) Use at your own risk
c) In case of emergency, call 911
d) Pet owners are responsible for damage or injury inflicted to or by their dog(s). This means pet owners are legally and financially responsible for their dog's behavior.
e) Pet owners must remain with dogs in fenced area at all times.
f) Limit of 2 dogs per person per visit.
g) Pet owners are responsible for making sure dogs are healthy, properly licensed, fully vaccinated with rabies tags displayed on each dog's collar, and de-wormed.
h) Dogs must be leashed when entering and exiting the park and must be leashed in the transition corridor, if applicable. Pet owners must have a visible leash for each dog at all times.
i) Pet owners must clean up their dog's fecal matter and properly dispose of it in a trash receptacle.
j) Pet owners must be in verbal/sight control of their dogs at all times and prevent aggressive behavior biting, fighting, and aggressive barking.
k) Animals with a known history of dangerous or aggressive behavior are prohibited. Immediately leash your dog(s) and leave the Dog Park if your dog behaves aggressively.
l) Puppies under 4 months of age and female dogs in heat are not allowed in the Dog Park.
m) Pet owners must fill holes their dog(s) dig.
n) No smoking, glass containers or food (dog/animal) is allowed in the Dog Park.
o) Use the Pet Cleaning Station in the manner intended by the manufacturer. Follow posted instructions for use.

## 45. Hiking / Jogging Trails

In the event your community has a hiking or jogging trail for the enjoyment of all residents, the following policies apply.

**45.1 Resident Acknowledgements:** Resident(s), occupant(s), guest(s), and invitee(s) understand and acknowledge that he/she:
a) Acknowledges that use of the trail is a potentially hazardous activity and involves inherent risk and danger or injury, including but not limited to sprains, strains, fractures, contusions, lacerations, pet and animal stings, scratches or bites, dog bites and/or scratches, abnormal blood pressure, heart disorders, fainting, shortness of breath, heatstroke, chest pains, and even death.
b) Has inspected it and found it to be in satisfactory condition.
c) Is in satisfactory health and knows his/her own physical limitations.
d) Is using the trail at his/her risk and assume all responsibility for its use.
E) AGREES TO THE FULLEST EXTENT ALLOWED BY LAW THAT RESIDENT RELEASES AND HOLDS HARMLESS OWNER AND MANAGEMENT FROM ANY AND ALL CLAIMS, DAMAGES OR EXPENSES RELATED TO THE USE OF THE TRAIL EVEN IF CAUSED OR CONTRIBUTED BY NEGLIGENCE OF OWNER OR MANAGEMENT.

**45.2 Before You Go Hiking / Jogging:**
a) Make sure you are well-informed about the trail you will take, the hiking terrain conditions as well as weather conditions. Check with local authorities for last minute updates and firsthand information.
b) Make sure you are well equipped for your intended hike and terrain/weather conditions. Take enough food and drinks for your intended hike.
c) Inform people of your itinerary and your expected time of return. If possible, call those who are not joining you at regular intervals so they know where you are.
d) Avoid hiking alone. Hike in a group consisting of at least two fellow hikers. In case of an accident, one person will then be able to stay with the injured while the other goes for help.

**45.3 While Hiking / Jogging:**
a) Use at Your Own Risk
b) In case of emergency, call 911

c) Do not litter. Take all your waste with you. Be careful not to disturb the natural surroundings. All you should leave are your footsteps.
d) If you notice any damage or vandalism to the trail or trail signs, make sure to note down the exact location and notify management
e) Be courteous to others. Do not disturb the environment by shouting or playing loud music
f) Unless otherwise posted, fishing and hunting is not allowed. Make sure you know the local regulations regarding fishing and hunting, if applicable
g) If you plan to take your dog along for your hikes, then make sure to check local regulations and keep your dog on a leash at all times
h) Stay on the trail. Share the trail with other people using the trail. Stay to the right on wider paths. Pass on the left.

## 46. Roof Top Deck

In the event your community has a roof top deck for the enjoyment of all residents, the following policies apply
a) Unless otherwise posted, the hours are from dawn to dusk.
b) Use at your own risk
c) In case of emergency, call 911
d) Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items.
e) **Prohibited Items:** The following items are not allowed: glass containers, BBQ grills, fireworks. Unless otherwise posted, pets are not allowed.
f) Residents and their guests shall not walk in any areas on the roof other than the designated walkway and roof top deck itself.
g) All garbage and waste is to be deposited in appropriate trash receptacles
h) Proper attire is required.
i) In the event your community allows pets on the roof top deck, they must be on a leash at all times and under the control of the resident. Residents are responsible for cleaning up after pets.
j) Nothing shall be thrown or intentionally dropped over the edge of the roof. The resident, upon the first infraction of this policy, may incur a fine, revoked privileges, and/or residency terminated
k) **Guests:** Residents are limited to 2 guests per apartment home to any common area, and resident must accompany each guest.

## 47. Garden

In the event your community has a garden for the enjoyment of all residents, the following policies apply
a) Unless otherwise posted, the hours are from dawn to dusk
b) Use at your own risk. In case of emergency, call 911
c) Resident agrees to plant the garden plot within two weeks of being assigned a designated area.
d) Resident agrees to maintain the designated plot and to keep plants within the assigned/designated area
e) Owner encourages an organic gardening program. Use of pesticides, herbicides, and insecticides made from synthetic materials as well as use of chemical fertilizers are not advisable. Slug bait is permitted only when used in enclosed containers, which must be removed from the site after use. Use of raw human and/or animal waste is not allowed due to environmental and health concerns. Fully composted manures, such as steer and chicken manure, are allowed
f) No illegal plants may be grown, including any plant listed by the state agencies and weed control board as noxious weeds
g) Do not allow plants to exceed a height of three feet.
h) Only water your assigned garden plot.
i) Maintain healthy plants and remove dead plants in a timely manner (not to exceed one week duration)
j) Materials other than plants are prohibited, except items that assist in growth.
k) All tools provided by management must remain in designated areas. Owner is not responsible for injuries due to the use of the owner's tools. Any additional tools needed by residents are the responsibility of the resident
l) Debris after planting, any remaining soil, fertilizer, etc must be swept immediately.
m) Garden plots will expire with your lease, and can be renewed at the time of lease renewal. If the resident decides not to renew usage, the plot must be cleaned out and left in the original condition.
n) Owner is not responsible for lost, stolen, or damaged plants or other items.
o) Please be respectful of the neighbors who live around the gardens. No smoking, noise, disturbances, or horseplay is allowed.
p) Animals are not allowed in the garden plot areas, except service animals. Animals must be leased outside the garden plots
q) In the event your community charges a fee for garden plots, see your management for details.

## 48. Photographs, Digital Images, Video

Resident agrees to allow owner, management and their respective subsidiaries, media contacts, associated press, and vendors the right to record the image and/or voice of the resident, and grants owner and management all rights to use these sound, still or moving images in any and all media, now or hereafter known, and for any purpose whatsoever unless prohibited by law. You hereby release owner, management and their respective subsidiaries, media contacts associated press and vendors all rights to exhibit this work in all media including and not limited to electronic form publicly or privately. You waive any rights, claims or interest you may have to control the use of your or your occupants', guests' or invitees' identity or likeness in the sound, still or moving images and agree that any uses described herein may be made without compensation or consideration to you, your occupants, guests or invitees.

## 49. Wildlife

49.1 **Definition of Wildlife:** Wildlife can include the presence of alligators, crocodiles, snakes, raccoons, or other animals. In the event wildlife is found on the community, resident agrees to the following

49.2 **Resident Acknowledgements:** Resident acknowledges that:
a) Wildlife has been seen in and around the community.
b) There are certain risks associated with having wildlife in and around the community
c) Resident assumes the risk with respect to having wildlife near to resident's apartment home and acknowledges that neither owner nor management are liable for any injuries, damages or losses to persons or property caused by or related to the wildlife by resident, occupants, guests or invitees

49.3 **Resident Responsibilities:** Resident represents that resident:
e) will not feed the wildlife;
f) will not get close to the wildlife;
g) will not swim or wade where the wildlife are;
h) will not allow pets or children to swim or play near waters or areas that may contain wildlife;
i) will not agitate or tease the wildlife;
j) will not try to catch the wildlife;
k) will not approach the wildlife's nest or habitat;
l) will maintain a safe distance from the wildlife;
m) will not dispose of garbage or scraps near a water source, pond, lake, or other area that may contain wildlife; and
n) will be responsible for informing occupants, guests and invitees about the wildlife and enforcing their compliance with the above statements

## 50. Body of Water (Lake, pond, etc.)

50.1 **Resident Acknowledgements:** In the event your community has a body of water, resident acknowledges that:
a) One or more bodies of water are located in the community
b) There are certain risks associated with bodies of water in the community
c) Resident assumes the risk with respect to having a body of water near to resident's apartment home and acknowledges that neither owner nor management are liable for any injuries, damages or losses to persons or property caused by or related to the body of water by resident, occupants, guests or invitees

50.2 **Resident Responsibilities:** Resident represents that resident:
a) will not swim or wade in any body of water that is not designated as a swimming pool;
b) will not boat on any body of water;
c) will not ice skate or conduct any other type of water sport in or on the bodies of water;
d) will not allow pets or children to swim or play near the bodies of water;
e) will maintain a safe distance from the bodies of water as they may hide jagged rocks, broken glass, wildlife, or trash;
f) will not walk near the bodies of water as weeds and grass can entangle legs/arms and may hide natural dangers such as snakes or alligators;
g) will not dispose of garbage in or near a body of water; and
h) will be responsible for informing occupants, guests and invitees about the bodies of water and enforcing their compliance with the above statements.

## 51. Elevators

In the event your community has an elevator (s) for the enjoyment of all residents, the following policies apply
a) Use the elevator at your own risk
b) Use equipment only in the manner intended by the manufacturer.
c) Immediately report any needed repairs to management. Do not attempt to make repairs to the elevator
d) **In case of emergency, call 911**.
e) Do not leave personal items in the elevator. Neither owner nor management are responsible for accidents, injuries or lost, stolen, damaged or misplaced items.
f) Do not damage the elevator. Please report vandalism
g) Do not attempt to maneuver or stop closing doors. Wait for the next elevator car
h) In the event of a fire or other situation that could lead to a disruption in electrical services, take the stairs
i) When entering and exiting the elevator, watch your step as the elevator car may not be perfectly level with the floor
j) Stand clear of the doors. Keep clothes and carry-ons away from the opening. Enforce compliance of these policies with pets
k) If available, hold the handrail
l) Do not push people in front of you when entering or exiting the elevator
m) Do not climb out of a stalled elevator. Use the alarm, help, or telephone button to call for assistance



Initials SM
JJ

n) You are responsible for informing occupants, guests and invitees about these policies and enforcing their compliance with the above statements

## 52. Construction or Renovation

In the event your community is under construction or renovation, the following policies apply:

a) **Inform Occupants and Guests:** Resident will be responsible for informing occupants, guests, and invitees about these policies.
b) **Stay Away From Construction Areas:** Resident agrees to observe all warning signs and blockades. Resident agrees to stay away from the construction areas and shall not climb on or enter onto scaffolding or other construction equipment at any time. Resident acknowledges there may be construction debris, trip hazards, and uneven surfaces. Construction crews may work throughout the days to complete construction.
c) **Machinery and Equipment:** Resident acknowledges the construction areas will have machinery and equipment to be used by authorized personnel only and entry into those areas by resident, occupants, guests or invitees is strictly prohibited.
d) **Minor Disturbances:** Resident acknowledges that the construction/renovation may cause noise, dust and minor disturbances to the egress/ingress on or about the community and minor disturbances to the quiet and enjoyment of the apartment home by the resident.
e) **Amenities May Be Unavailable:** Resident further agrees that the amenities, including the clubhouse, pool, or other common areas, may be unavailable for use by resident, occupants, guests and invitees during the period of construction.
f) **Resident Waives Right to Withhold Rent:** The resident hereby waives any right to withhold rent due to inconvenience or disturbance of quiet enjoyment of resident's apartment home or the inability to use the amenities or common areas or put forward such noise or construction activity as a breach of management's duty pursuant to applicable law.
g) **Move-In Date Not Guaranteed Due to Construction Delays:** The resident acknowledges that the move-in date cannot be guaranteed in the case of unforeseen construction delays. Resident acknowledges that resident will not be compensated for any unforeseen occupancy delays. If the resident terminates the Lease Contract early for any reason other than construction delays, the resident will be responsible for all applicable early termination charges and procedures.

## 53. Prevention of Mold

53.1 **Mold Is Found Everywhere:** Mold is found virtually everywhere in our environment-both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

53.2 **Conflicting Scientific Evidence:** Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. There is conflicting scientific evidence as to what constitutes a sufficient accumulation of mold which could lead to adverse health effects. Nonetheless, appropriate precautions need to be taken.

53.3 **Prevent Excessive Moisture Buildup:** In order to avoid mold growth, it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

a) Rainwater leaking from roofs, windows, doors, and outside walls, as well as flood waters rising above floor level;
b) Overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dishwashers, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;
c) Leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs, or sinks;
d) Washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;
e) Leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and
f) Insufficient dryer of carpets carpet pads, shower walls and bathroom floors.

53.4 **Resident Responsibilities:** It is our goal to maintain the highest quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for conditions that could lead to the growth of naturally occurring mold. In order to minimize the potential for mold growth in your dwelling, you must do the following:

a) **Proper ventilation** is essential. If it is not possible to open windows, run the fan on the apartment home air-handling unit to circulate fresh air throughout your apartment home.
b) **Keep windows and doors closed** in damp or rainy weather conditions.
c) **Maintain a temperature of between 55° and 80° Fahrenheit** within your apartment home at all times.
d) **Ensure appropriate or reasonable climate control, ventilation, and lighting at all times** in the unit based on the circumstances to prevent damage in the premises and to the community and to prevent mold and mildew in humid conditions and to avoid freezing pipes in cold weather.
e) We have the right to limit or prohibit humidifiers.
f) **Clean and dust your apartment home on a regular basis** as required by your Lease Contract. Regular vacuuming, mopping, and use of environmentally safe household cleaners is important to remove household dirt and debris that contribute to mold growth. Immediately throw away moldy food.
g) Periodically clean and dry the walls and floors around the sink, bathtub shower, toilets, windows and patio doors using a common household disinfecting cleaner.
h) **Wipe down and dry areas where moisture sometimes accumulates, on a regular basis**, like countertops, windows, windowsills, bathroom sinks, toilets and shower enclosures.
i) Use the pre-installed bathroom fan or alternative ventilation when bathing or showering and allow the fan to run until all excess moisture has vented from the bathroom.
j) **Turn on any exhaust fans in the bathroom before you start showering.** When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. After taking a shower or bath, wipe moisture off shower walls, shower doors, the bathtub and bathroom floor. Leave the bathroom door open until all moisture on the mirrors and bathroom walls and tiles surfaces has dissipated. Hang up your towels and bath mats so they will completely dry out.
k) **Use the exhaust fans in your kitchen** when cooking or while the dishwasher is running. Allow the fan to run until all excess moisture has vented from the kitchen.
l) **Use care when watering houseplants.** If spills occur, dry up excess water immediately.
m) **Ensure that your clothes dryer vent is operating properly, and clean the lint screen after every use.** When washing clothes in warm or hot water, watch to make sure condensation does not build up within the washer and dryer closet; if condensation does accumulate, dry with a fan or towel.
n) **Thoroughly dry any spills or pet urine on all flooring**, including carpet.
o) **Do not overfill closets or storage areas.** Ventilation is important in these spaces.
p) **Do not allow damp or moist stacks of clothes or other cloth materials to lie in piles for an extended period of time.**
q) **Immediately report to management any evidence of a water leak or excessive moisture in your apartment home, storage room, garage, or any common area.**
r) **Immediately report to management any evidence of mold growth** that cannot be removed by simply applying a common household cleaner and wiping the area. Also report any area of mold that reappears despite regular cleaning.
s) **Immediately report to management any failure or malfunction with your heating, ventilation or air-conditioning ducts** in your apartment home.
t) **Immediately report to management any inoperable windows or doors.**
u) **Immediately report to management any musty odors** that you notice in your apartment home.

## 54. Apartment Home Fire Emergency Plan

54.1 **Guidelines:** *These evacuation guidelines have been developed to help residents in the evacuation of their apartment homes in the event of fire or smoke. Please read the following information carefully and ask management any questions you may have. The following suggested guidelines should be reviewed periodically by you and each resident or occupant in the household:*

a) If there is fire or smoke in your apartment home, go to the nearest exit by crawling close to the floor, where there is less smoke. Do this even if you can tolerate the smoke by standing up. Check the doorknob and entire door to see if either is hot. If both are cool to the touch, open the door slowly and look in to the hallway/walkway or stairs. If it is clear, leave your apartment home and close the door.
b) Call the fire department or 911. Be sure to give the exact location of the fire (community name, address, building number and floor and apartment home number.)
c) Warn neighboring residents. Yell "Fire" and knock on neighboring doors.

54.2 **If You Are Alerted To A Fire by Smoke:** If you are alerted to a fire by smoke from the hallway or an outside alarm, follow these guidelines:

a) Determine if it is safe to leave your apartment home. Check the doorknob and entire door to see if either is hot. If neither is hot, open the door slowly and check the hallway/walkway or stairs. If all is clear of fire and smoke leave your apartment home and close the door behind you.
b) Stay in the apartment home if the door or doorknob is hot or the hall/walkway or stairs are filled with smoke.
c) Call 911 for help.
d) Hang a sheet out of the window to signal to fire fighters that help is needed. Do not try to use the sheet to climb down the building.
e) Do not jump from windows or balconies. Needless injuries and fatalities have been caused in emergencies when people have panicked and jumped.

f) Stuff wet towels in the cracks around the door to keep smoke out. Use a bucket of water to splash water on the door and/or walls if they become hot A wet towel tied around your nose and mouth will help filter smoke
g) Remove drapes or other combustible materials near the hot area.
h) *Never go back into the apartment home until the fire department or management indicates it is safe to do so*

## 55. Fire Hazards

a) Resident shall consider fire safety and fire safety regulations while in the apartment home and community, including while cooking, smoking, decorating (including holiday decorations), using electrical items and items which produce heat
b) **No flammable or combustible objects/substances are to be stored in your apartment home or on patios, balconies, under stairwells, in your garage or storage space, and should not be within 30 inches of an item which produces heat (water heater, furnace, stove, oven, candle, curling iron, etc.).**
c) **Open Flames / Items Which Produce Heat:** Items which require an open flame to operate or which produce heat (e.g., Bunsen burners, sterno/canned heat, lighted candles, alcohol burners, heating elements, irons curling irons halogen bulbs, stove, oven) must be supervised by resident at all times during use and can never be left on unattended
d) Resident shall not obstruct or use the driveways, sidewalks, entry passages stairs, breezeways, courtyards, or halls for any purpose other than ingress or egress
e) **Fire Alarms:** In the event residents are given procedures for fire alarms resident, occupants, guests and invitees are required to adhere to all procedures. In the case of a fire alarm sounding in the community, resident, occupants, guests and invitees are required to evacuate the building If resident sees smoke in the hallways, breezeways, or rooms keep low to the ground while moving to the nearest exit Once resident is out of the building, move away from the building and do not block emergency personnel and equipment Resident may not re-enter the building until resident receives notification from the local officials or management Failure to evacuate may result in fines and/or a default of the Lease Contract
f) Resident and resident's occupant(s), guest(s), and invitee(s) must not tamper with, interfere with, or damage any alarm equipment and/or installation
g) **False Trigger of Fire Sprinklers:** In the event the community has a fire sprinkler system, resident acknowledges and hereby agrees that it is important to be careful near fire sprinkler heads so as not to falsely trigger or activate them If resident triggers or activates the fire sprinkler system, resident will be responsible for all damages caused by the activation
h) **False Alarms:** Anyone found to falsely pull a fire alarm will be subject to criminal charges, a fine, and/or a default of the Lease Contract
i) **Extension Cords and Multiple Plugs:** An extension cord must be UL approved, 16 gauges, and not exceed an un-spliced length of six feet with a polarized plug and a single outlet; it may not be placed under floor coverings or furnishings and may not be secured by penetrating the insulation

## 56. Freezing Weather Instructions

*Water pipes in your community may freeze and break unless we all follow the precautions listed in these instructions If any pipes freeze during the winter, we may have to cut off the water to entire buildings If there is widespread pipe breakage across the city, it could be days before we can get the pipes fixed and get hot and cold water back on in your apartment home Resident shall follow these precautions when subfreezing weather occurs*

a) Leave the heat on 24 hours a day at a temperature setting of no less than 55 degrees Keep all windows closed
b) Leave open the cabinet doors under the kitchen sink and bathroom sink to allow heat to get to the plumbing
c) Drip all your water faucets 24 hours a day If severe subfreezing weather occurs, it may be necessary to run your faucets at a steady, pencil-lead stream when you are in the apartment home and when you are gone This includes hot and cold water in your kitchen bathroom lavatories, bathtubs shower, wet bar sinks, etc.
d) Leave all drains open and clear of obstacles; including lavatories, sinks and bathtubs
e) Bring potted or hanging plants inside your apartment home and protect the floors where you place them
f) Contact management if you will be away from your apartment home for more than 24 hours when subfreezing weather may reasonably be anticipated
g) If you notice a water leak, icy spot or other hazardous condition on the community, notify management IMMEDIATELY
h) Use extra caution when walking and/or driving on the community when freezing rain or snow is predicted or occurring Remember that walkways, stairs, steps, sidewalks, breezeways, and parking lots can become dangerously slick with the buildup of ice Hold on to the stair rails where available
i) Unless required by law, we have no duty to remove ice sleet, or snow from the common areas

## 57. Flood Guidelines

*A flood can occur during heavy rains Please read the following suggested guidelines carefully and ask management any questions you may have The following are suggested guidelines and should be reviewed periodically by each resident and occupant*

57.1 **Before**

a) Purchase and stock supplies such as a battery-operated radio and flashlight batteries, non-perishable food items drinking water extra ice, ice chest etc.
b) Remove plants, flower boxes, patio furniture, etc from the patio or balcony. Store these items inside your apartment home Put plastic under the plant pots or baskets so you will not damage the carpet Do not put tape on the windows unless directed by management to do so
c) Fill your car with gasoline and check the battery Move your car to higher ground.
d) Unplug all appliances Do not turn on the television Do not plug appliances back in until the water completely recedes and community personnel give you permission
e) Fill your bathtub(s) with water. You will need water for drinking cooking, cleaning and bathing if the water supply is contaminated.
f) Fill needed medical prescriptions
g) Wash your clothes so you will have plenty of clean clothes available The laundry rooms may be closed during a flood and electrical power is usually disrupted

57.2 **During**

a) Leave your apartment home only if it appears safe to do so or if you have been instructed to evacuate by emergency personnel or management
b) Move valuable items to higher ground If one is available you may have time to move items to an upstairs apartment home If not, put them up on the bed a sturdy table, etc Listen for emergency instructions and weather updates on a battery powered radio.
c) Use the telephone for emergencies only

57.3 **After**

a) Listen for emergency instructions on the radio. There are many safety precautions that must be followed after the flood passes
b) Stay in your apartment home and do not drive until you are told it is allowed

## 58. Automated Electronic Payments

58.1 **Check Scanner:** In the event your community uses a check scanner, you are hereby advised that personal checks remitted for normal payments will be scanned and the funds will be electronically withdrawn from your bank account via "Automated Clearing House" (ACH) If you wish to opt out of this process, you must choose another payment method Standard ACH bank drafts occur after one business day

58.2 **ACH, Credit, and Debit Cards:** Automated electronic payments include ACH and Credit and Debit Card transactions ACH refers to the nationwide network of banking institutions that have agreed to process electronic payments automatically from your bank account to our bank accounts Virtually all banks and credit unions participate. Card and Debit card transactions refers to credit and debit card transactions, including those cards bearing the Visa MasterCard, Discover and American Express logos Collectively, "automated electronic payments" are paperless transactions that occur instantly and automatically without a check being hand-processed through a local bank clearinghouse or the Federal Reserve System

58.3 **Advantages in Paying Rent via ACH:** There are advantages for you in paying your rent via automated electronic payments, including: Greater convenience since you won't have to worry each month with writing mailing or delivering a rent check; No late charges since your rent will be paid timely, assuming there are sufficient funds in your checking account; Greater security since there is little chance that a check signed by you will fall into the wrong hands or get lost in the mail; and Proof that you've paid since your bank statement is evidence of payment according to ACH and card network rules.

58.4 **Electronic Check Conversion:** Electronic check conversion is a process in which your check is used as a source of information (for the check number, your account number, and the number that identifies your financial institution) The information is then used to make a one-time electronic payment from your account (an electronic fund transfer). The check itself is not the method of payment Your electronic transaction may be processed faster than a check Be sure you have enough money in your account at the time you make a purchase. Your financial institution will not return any checks that are converted, even if you normally receive your original checks or images of those checks with your statement Always review your regular account statement from your financial institution You should immediately contact your financial institution if you see a problem You have only 60 days (from the date your statement was sent) to tell the financial institution about a problem Depending on the circumstances, the financial institution may take up to 45 days from the time you notify it to complete its investigation Your checking account statement will contain information about your payment, including the date the check number the name of the person or company you have paid, and the amount of the payment

## 59. Group E-Mail and Text Communication

In the event you provided an email address or cell phone number to us, we may send important announcements via e-mail and/or text such as an emergency water shut off, change in office hours, etc. In addition, you may receive other promotional community messages, such as resident satisfaction surveys, resident referral messages, and various resident service reminders from our team via text or e-mail. If you do not want to be included in group messages via e-mail or text you may opt out of receiving future group correspondence in this manner.

## 60. Mixed Use Facility (residential, retail, commercial space)

In the event your community is a Mixed-Use facility (retail, commercial office, and/or residential) you understand and acknowledge that your apartment home is located and/or immediately adjacent to commercial business, including, but not limited to offices, restaurants, bars, nightclubs, retail establishments, and entertainment venues (all of the above collectively referred to as "commercial neighbors" or "neighbors"). You understand and acknowledge that such commercial neighbors may, by virtue of their respective businesses, produce noises and sounds (including but not limited to music and other forms of entertainment) and odors that may penetrate the walls and floors of your apartment home and that such noise, sounds, and odors may penetrate the walls and floors of your apartment home up to twenty-four (24) hours a day. You further understand and acknowledge that events may be held at the property from time to time that have the potential to attract a large volume of people. These events may cause noise and sounds or odors that may penetrate the walls of the apartment home. You understand and acknowledge that such events may reduce the amount of available guest parking spaces at the property; provided however, such events will not unreasonably restrict residents access to their individual apartment homes or parking spaces if designated specifically for the residents. Owner and management are not responsible for any interruption in the enjoyment of your apartment home or damages to your apartment home or personal belongings (smells that may permeate furniture, etc.) due to these commercial neighbors.

## 61. Subletting and Replacements

a) **When Allowed:** Replacing a resident, subletting, or assigning a resident's rights is allowed ***only when we consent in writing***. Residency at your community is subject to an application and/or approval by management. Occupancy is restricted to only the named residents and occupants that are identified in your Lease Contract.

b) **Advertising Your Apartment:** Resident acknowledges and agrees that advertising your apartment(s) for rent without management's written consent is not allowed. This includes online postings such as Craigslist, Airbnb, etc.

## 62. Notification

All rules and regulations posted within the community are included by reference in this document. Immediately call 911 or the police to report an emergency, suspicious persons, strange vehicles, disturbances or unusual activity on the community. *Neither owner nor management are liable for any injuries, and resident waives any claims or rights to sue management for any injury that may result directly or indirectly from the use of any of the facilities on the community.*

## 63. Acknowledgement by Residents of Apartment Home Rules

Residents and all occupants, guests and invitees must comply with all community policies and rules regarding use of the resident's dwelling and the common areas. These policies are added as part of the Lease Contract and, in some cases, separate rules attached to the Lease Contract or provided to the resident(s) during the lease term. Special instructions may have been given to residents regarding smoke alarms, alarm systems, access gates, and other devices or amenities.

I have carefully read the foregoing releases and I fully understand their contents. I sign these releases as my own free act. I am aware that these are releases of liability.

**Resident(s) Signature(s)** *(18 years of age and over)*

[signature] **Date:** 7/28/16

[signature] **Date:** 7/28/16

______________________ **Date:** __________

______________________ **Date:** __________

______________________ **Date:** __________

______________________ **Date:** __________

**Owner's Representative Signature:**

______________________

**Title:** ______________________ **Date** __________