# EXHIBIT A:
# PLAINTIFF'S COMPLAINT
# PART 3

NATIONAL APARTMENT ASSOCIATION

# ADDENDUM REGARDING MARIJUANA and LANDLORD'S COMMITMENT TO DRUG FREE HOUSING

1. Dwelling Unit Description. Unit No 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*

2. Lease Contract Description.
   Lease Contract date: July 24, 2016
   Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

   Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

   Where the terms and conditions of this Addendum vary from or contradict any terms or conditions set forth in the Lease Contract, this Addendum shall control.

3. Under federal law, specifically the Controlled Substances Act (CSA), marijuana is still categorized as a Schedule I substance. This means that under federal law, the manufacture, distribution, or possession of marijuana is strictly prohibited. Because the U.S. Department of Housing and Urban Development is controlled by the federal government, it agrees that the manufacture, distribution, or possession of marijuana, whether prescribed for medical reasons or not, is a criminal offense and will not be protected under the fair housing laws. Therefore, landlords are not required to accommodate the manufacturing, distribution, possession or use of marijuana by a tenant for medical or recreational purposes. Disabled tenants who are registered medical marijuana users, however, should not feel discouraged to request reasonable accommodations if the need arises.

4. The Premises listed above follow and comply with federal law regarding marijuana and is, and will continue to be, a drug free community. Possession, use, manufacture or sale of any illegal substance, including marijuana, or marijuana concentrate by the Resident and/or Resident's occupants, guests or invitees will result in immediate termination of Resident's possession of the Premises. If you have any questions or concerns about this policy, please speak to management.

5. By signing below, Resident acknowledges his or her understanding of the terms and conditions as stated above, and his or her agreement to comply with those terms and conditions.

| Resident or Residents *(sign here)* | Date of Signing Addendum |
|---|---|
| Susan Harvey [signature] | 7/28/16 |
| [signature] | 7/28/16 |

| Owner or Owner's Representative *(signs here)* | Date of Signing Addendum |
|---|---|
| | |

07252016284701C013012350

Charles Blanchard JR, Susan Harvey

© 2015, National Apartment Association, Inc. - 4/2015, Colorado

# SMOKE AND CARBON MONOXIDE DETECTOR ADDENDUM

Date: July 25, 2016
(when this Addendum is filled out)

This SMOKE AND CARBON MONOXIDE DETECTOR ADDENDUM is incorporated into the Apartment Lease Contract (referred to in this Addendum as "Lease Contract" or "Lease" dated July 24, 2016, by and between Charles Blanchard JR, Susan Harvey, Resident(s) (*list all residents*) and Bel Thornton I LLC, and BEL Thornton II LLC, the Owner located at 0727 (*Apt. No.*), 2525 E 104th Ave Unit 727 (*street address*), in Denver (*city*), Colorado, 80233 (*zip code*)

1. **Detectors.** Owner agrees to furnish and install smoke and carbon monoxide detectors (collectively "detectors") in accordance with law and the manufacturer's published instructions. As of this date, Resident acknowledges the existence of operating detector(s) in Resident's Apartment. Resident has inspected the detector(s), and found the detector(s) to be in good working order. Resident also acknowledges that Owner has provided any necessary batteries for the detector(s) to properly operate and function in accordance with law. Resident understands that any detector(s) have been provided to help insure the Resident's safety, but are not and must not be considered a guaranty of safety.

2. **Maintenance, Repair or Replacement.** Resident agrees to regularly test, keep, and maintain any detector(s) in good repair. Resident shall give Owner immediate written notification if any detector(s) is missing, damaged, defective, malfunctioning, failing, or otherwise non-operational. Owner shall promptly repair or replace any detector(s) that is missing, damaged, defective, malfunctioning, failing, or otherwise non-operational subject to the provisions of this Addendum and the Lease. Specifically, Resident shall reimburse Owner for all costs and damages associated with repairing or replacing any detector(s) if any repair or replacement is caused by or due to Resident, Resident's occupants, guest or invitees, including but not limited to if a repair or replacement is due to Resident's violation of this Addendum. Resident agrees to not remove batteries from any detector(s) unless and only when necessary to inspect, maintain, or repair any detector(s).

3. **Battery Replacement.** Subject to Owner's responsibility to provide batteries at the commencement of Resident's lease in paragraph 1 above, Resident shall replace at Resident's cost all detector(s) batteries during Resident's tenancy, if any, anytime any detector(s) battery needs to be replaced for any detector(s) to operate and function as intended and in accordance with law.

4. **Disclaimer.** Resident acknowledges and agrees that Owner is not the operator, manufacturer, distributor, retailer or supplier of any detector(s). Subject to Owner's responsibilities set forth in this Addendum, Resident assumes full and complete responsibility for all risk and hazards attributable to, connected with or in any way related to the operation, malfunction, or failure of any detector(s), regardless of whether such malfunction or failure is attributable to, connected with, or in any way related to the use, operation, manufacture, distribution, repair, servicing, or installation of said smoke detector(s). Owner, its employees, and agents have made no representations, warranties, undertakings or promises, whether oral or implied, or otherwise to Resident regarding any detector(s), or the alleged performance of the same. Owner neither makes nor adopts any warranty of any person or company of any nature regarding any detector(s), and expressly disclaims all warranties or fitness for a particular purpose, of habitability, or any and all other expressed or implied warranties. Owner shall not be liable for damages or losses to person or property caused by (1) Resident's failure to regularly test any detector(s); (2) Resident's failure to notify Owner in writing of any problem, defect, malfunction, or failure of any detector(s); and (3) False alarms produced by any detector(s).

**Resident or Residents**
*(All Residents must sign here)*

[signature] Susan Harvey
[signature]

**Owner or Owner's Representative**
*(Signs here)*

Charles Blanchard JR, Susan Harvey

COLORADO APARTMENT ASSOCIATION

# UTILITY AND SERVICES ADDENDUM

NATIONAL APARTMENT ASSOCIATION

This Utility Addendum is incorporated into the Lease Contract (referred to in this Addendum as "Lease Contract" or "Lease") dated July 24, 2016 between Bel Thornton I LLC, and BEL Thornton II LLC ("We" and/or "we" and/or "us") and Charles Blanchard JR, Susan Harvey ("You" and/or "you") of Unit No 0727 located at 2525 E 104th Ave Unit 727 (street address) in Denver, CO 80233 and is in addition to all terms and conditions in the Lease. To the extent that the terms of this Addendum conflict with those of the Lease, this Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.

a) Water service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: 1
  - ☐ If flat rate is selected, the current flat rate is $________ per month
  - ☒ 3rd party billing company if applicable NWP Services

b) Sewer service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☒ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: 10
  - ☐ If flat rate is selected, the current flat rate is $________ per month.
  - ☒ 3rd party billing company if applicable NWP Services

c) Gas service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month.
  - ☐ 3rd party billing company if applicable ________

  If your Gas service is sub-metered and charged by Owner, a separate "Gas and Electric Sub-metering Addendum" is attached hereto and incorporated by reference. Any conflicting terms of the Gas and Electric Sub-metering Addendum shall supersede the terms of this Utility and Services Addendum.

d) Trash service to your apartment will be paid by you either:
- ☐ directly to the service provider; or
- ☒ trash bills will be billed by the service provider to us and then charged to you based on the following formula: 4
  - ☒ If flat rate is selected, the current flat rate is $ 9.00 per month
  - ☐ 3rd party billing company if applicable ________

e) Electric service to your apartment will be paid by you either:
- ☒ directly to the utility service provider; or
- ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month
  - ☐ 3rd party billing company if applicable ________

  If your Electric service is sub-metered and charged by Owner, a separate "Gas and Electric Sub-metering Addendum" is attached hereto and incorporated by reference. Any conflicting terms of the Gas and Electric Sub-metering Addendum shall supersede the terms of this Utility and Services Addendum.

f) Stormwater service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month
  - ☐ 3rd party billing company if applicable ________

g) Cable TV service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the flat rate is $________ per month
  - ☐ 3rd party billing company if applicable ________

h) Master Antenna service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month
  - ☐ 3rd party billing company if applicable ________

i) Internet service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month.
  - ☐ 3rd party billing company if applicable ________

j) Pest Control service to your apartment will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ pest control bills will be billed by the service provider to us and then charged to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month
  - ☐ 3rd party billing company if applicable ________

k) Valet Trash service to your apartment and costs will be paid by you either:
- ☐ directly to the utility service provider; or
- ☐ bills will be billed by the service provider to us and then charged to you based on the following formula: ________
  - ☐ If flat rate is selected, the current flat rate is $________ per month.
  - ☐ Additional, replacement, and missing valet trash containers are $________
  - ☐ 3rd party billing company if applicable ________

07252016284501C013012350



© 2015 National Apartment Association, Inc - 7/2015, Colorado

l) (Other) NA ______ service to your apartment will be paid by you either
- ☐ directly to the utility service provider; or
- ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula ____
  - ☐ If flat rate is selected, the current flat rate is $ ______ per month
  - ☐ 3rd party billing company if applicable ______

METERING/ALLOCATION METHOD KEY

"1" - Sub-metering of all of your water/gas/electric use
"2" - Calculation of your total water use based on sub-metering of hot water
"3" - Calculation of your total water use based on sub-metering of cold water
"4" - Flat rate per month
"5" - Allocation based on the number of persons residing in your apartment
"6" - Allocation based on the number of persons residing in your apartment using a ratio occupancy formula
"7" - Allocation based on square footage of your apartment
"8" - Allocation based on a combination of square footage of your apartment and the number of persons residing in your apartment
"9" - Allocation based on the number of bedrooms in your apartment
"10" - Allocation based on a lawful formula not listed here
(Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

   If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within 15 days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| New Account Fee: | $ 15.00 | (not to exceed $ 15.00 ) |
| Monthly Administrative Billing Fee: | $ 4.33 | (not to exceed $ 6.00 ) |
| Late Fee: | $ 75.00 | (not to exceed $ ______ ) |
| Final Bill Fee: | $ 5.00 | (not to exceed $ 5.00 ) |

   If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. ☐ If this paragraph is checked, notwithstanding anything to the contrary in this Addendum, utilities with large fluctuations in use and therefore cost, may be billed based on a trailing 12-month average rate in order to minimize large variations in resident expense. Resident may "opt out" of this averaged billing by communicating the request in writing to the management office.

5. No later than the Lease commencement date, you will transfer into your name or account all utilities to be paid for by you. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your apartment and may charge a reasonable administration fee for billing the utility service in the amount of $ 25.00 . Similarly, you will not change any such utility out of your name or allow any utility to be disconnected for any reason or by any means, including but not limited to non-payment of utility bills until you vacate the apartment. You consent to any utility company notifying us of your failure to pay any utility, or of any pending disconnection. If you breach the Lease, you will be responsible for utility changes for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. You are liable for all utilities until you move out, or could have moved out, whichever date is first.

6. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

7. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the apartment unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the apartment due to such outages, interruptions, or fluctuations.

8. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Addendum and at law.

9. Where lawful, all utilities, charges and fees of any kind under this Lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

10. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

11. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

12. This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this Addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

13. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Addendum and will supersede any conflicting provisions of this printed Addendum and/or the Lease Contract.
    Sewer charges are based on the actual expense for the property allocated equally to all units.


© 2015 National Apartment Association, Inc. - 7/2015 Colorado

Resident Signature Susan Harvey Date 7/28/16
Resident Signature [signature] Date 7/28/16
Resident Signature ______ Date ______
Resident Signature ______ Date ______
Management ______ Date ______

07252016284503CO13012350

Charles Blanchard JR, Susan Harvey



© 2015, National Apartment Association, Inc - 7/2015, Colorado

COLORADO APARTMENT ASSOCIATION

# LEASE CONTRACT ADDENDUM FOR SATELLITE DISH OR ANTENNA

NATIONAL APARTMENT ASSOCIATION

Under a Federal Communications Commission (FCC) order, you as our resident have a right to install a transmitting or receiving satellite dish or antenna on the leased dwelling, subject to FCC limitations. We as a rental housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to comply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you and we agree to follow.

1. **Dwelling Unit Description.** Unit No. 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*.

2. **Lease Contract Description.** Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC
Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

3. **Number and size.** You may install 1 satellite dish(es) or antenna(s) on the leased premises. A satellite dish may not exceed one meter (3.3 feet) in diameter. Antennas that only transmit signals or that are not covered by 47 CFR § 1.4000 are prohibited.

4. **Location.** Your satellite dish or antenna must be located: (1) inside your dwelling; or (2) in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease. Installation is not permitted on any parking area, roof, exterior wall, window, window sill, fence or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use.

5. **Safety and non-interference.** Your installation: (1) must comply with all applicable ordinances and laws and all reasonable safety standards; (2) may not interfere with our cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to our telecommunication systems; and (4) may not be connected to our electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing); or (3) any other method approved by us in writing. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

6. **Signal transmission from exterior dish or antenna to interior of dwelling.** You may not damage or alter the leased premises and may not drill holes through outside walls, door jams, window sills, etc. If your satellite dish or antenna is installed outside your dwelling (on a balcony, patio, etc.), the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane," similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window—without drilling a hole through the window; (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling; or (5) any other method approved by us in writing.

7. **Safety in installation.** In order to assure safety, the strength and type of materials used for installation must be approved by us. Installation must be done by a qualified person or company approved by us. Our approval will not be unreasonably withheld. An installer provided by the seller of the satellite dish or antenna is presumed to be qualified.

8. **Maintenance.** You will have the sole responsibility for maintaining your satellite dish, antenna and all related equipment.

9. **Removal and damages.** You must remove the satellite dish or antenna and all related equipment when you move out of the dwelling. In accordance with the NAA Lease Contract, you must pay for any damages and for the cost of repairs or repainting caused by negligence, carelessness, accident or abuse which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment. You will not be responsible for normal wear.

10. **Liability insurance.** You must take full responsibility for the satellite dish, antenna and related equipment. If the dish or antenna is installed at a height that could result in injury to others if it becomes unattached and falls, you must provide us with evidence of liability insurance (if available) to protect us against claims of personal injury and property damage to others, related to your satellite dish, antenna and related equipment. The insurance coverage must be $ 25000.00, which is an amount reasonably determined by us to accomplish that purpose. Factors affecting the amount of insurance include height of installation above ground level, potential wind velocities, risk of the dish/antenna becoming unattached and falling on someone, etc.

11. **Security Deposit.** An additional security deposit of $________ will be charged. We *(check one)* ☐ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ☐ does or ☐ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

This additional security deposit is required to help protect us against possible repair costs, damages or failure to remove the satellite dish, antenna and related equipment at time of move-out. Factors affecting any security deposit may vary, depending on: (1) how the dish or antenna is attached (nails, screws, lag bolts drilled into walls); (2) whether holes were permitted to be drilled through walls for the cable between the satellite dish and the TV; and (3) the difficulty and cost repair or restoration after removal, etc.

12. **When you may begin installation.** You may start installation of your satellite dish, antenna or related equipment only after you have (1) signed this addendum; (2) provided us with written evidence of the liability insurance referred to in paragraph 10 of this addendum; (3) paid us the additional security deposit, if applicable, in paragraph 11; and (4) received our written approval of the installation materials and the person or company that will do the installation, which approval may not be unreasonably withheld.

13. **Miscellaneous.** If additional satellite dishes or antennas are desired, an additional lease addendum must be executed.

14. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form.

**Resident or Residents**
*(All residents must sign here)*

[signature]

[signature]

**Owner or Owner's Representative**
*(signs here)*

**Date of Lease Contract**
July 24, 2016

Charles Blanchard JR, Susan Harvey

© 2012, National Apartment Association, Inc. - 11/2012, Colorado

COLORADO APARTMENT ASSOCIATION

# LEASE CONTRACT ADDENDUM FOR ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT

NATIONAL APARTMENT ASSOCIATION

1. **Apartment Description.** Apt No 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*

2. **Lease Contract Description.**
Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

3. **Garage, carport, or storage unit.** You are entitled to exclusive possession of: *(check as applicable)*
☒ garage or carport attached to the apartment;
☒ garage space number(s) 076 ;
☐ carport space number(s) ________; and/or
☒ storage unit number(s) ________
The monthly rent in paragraph 6 of the Lease Contract covers both the apartment and the checked area(s) above. All terms and conditions of the Lease Contract apply to the above areas unless modified by this Addendum.

4. **Security Deposit.** An additional security deposit of $ 50.00 will be charged for the checked areas above. We *(check one)* ☐ will consider or ☒ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ☐ does or ☒ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **Additional Monthly Rent.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ 95.00. The monthly rent amount in Provision 6 of the Lease Contract *(check one)* ☐ includes ☒ does not include this additional rent.

6. **Use restrictions.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or community policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed as a resident or occupant in the Lease Contract may not use the areas covered by this Addendum. No plants may be grown in such areas. No animals may be kept in such areas.

7. **No dangerous items.** Items that pose an environmental hazard or a risk to the safety or health of other residents, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

8. **No smoke, fire, or carbon monoxide detectors.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

9. **Garage door opener.** If an enclosed garage is furnished, you ☒ will ☐ will not be provided with a ☒ garage door opener and/or ☐ garage key. You will be responsible for maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

10. **Security.** Always remember to lock any door of a garage or storage unit and any door between a garage and the apartment. When leaving, be sure to lock all keyed deadbolt locks.

11. **Insurance and loss/damage to your property.** You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We are not responsible for pest control in such areas.

12. **Compliance.** We may periodically open and enter garages and storerooms to ensure compliance with this Addendum. In the event we enter the garage or storerooms, we will comply with the notice provisions set forth in the Lease Contract.

13. **No lock changes, alterations, or improvements.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this Addendum will be paid for by you.

14. **Move-out and remedies.** Any items remaining after you have vacated the apartment will be removed, sold, or otherwise disposed of according to the Lease Contract, which addresses disposition or sale of property left in an abandoned or surrendered apartment. All remedies in the Lease Contract apply to areas covered by this Addendum.

15. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

Resident or Residents
*(All residents must sign here)*

[signature]

[signature]

Owner or Owner's Representative
*(signs here)*

Date of Lease Contract

July 24, 2016

Charles Blanchard JR, Susan Harvey

© 2015, National Apartment Association, Inc. - 7/2015, Colorado

GREYSTAR®

# LEASE ADDENDUM
# LIABILITY INSURANCE REQUIRED OF RESIDENT

1. **Addendum.** This is an addendum to the Lease Contract for Apt No. 0727 in the Champions Park Apartments in Thornton (city) CO (state). The effective date of this addendum is 09/30/2016

2. **Acknowledgment Concerning Insurance or Damage Waiver.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or belongings, or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that by not maintaining your own policy of personal liability insurance, you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your actions or the actions of your occupants or guests. You understand that paragraph 8 of the Lease Contract requires You to maintain a liability insurance policy, which provides limits of liability to third parties in an amount not less than $ 100,000 per occurrence. You will ensure that the liability insurance policy identifies this apartment community, C/O Greystar, P.O. Box 115009, Carrollton, TX 75011-5009 as a "Party of Interest" or "Interested Party" (or similar language as may be available). You understand and agree to maintain at all times during the Term of the Lease Contract and any renewal periods, a policy of personal liability insurance with this limit and otherwise satisfying the requirements listed below, at your sole expense.

3. **Required Policy.** You are required to purchase and maintain personal liability insurance covering you, your occupants and guests, for personal injury and property damage any of you cause to third-parties (including damages to our property), with the minimum policy coverage amount set forth in paragraph 2 above, from a carrier with an AM Best rating of A-VII or better authorized to issue such insurance in (state). The Carrier must provide notice to us within 30 days of any cancellation, non-renewal, or material change in your coverage. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

4. **No Solicitation.** Unless otherwise acknowledged in writing, you acknowledge that we have made no solicitations, guarantees, representations, or promises whatsoever concerning any insurance or services provided by any insurance company. You were and are free to contract for the required insurance with the provider of your choosing so long as that provider comports with the requirements of paragraph 3 above.

5. **Subrogation Allowed.** You and we agree that subrogation is allowed by all parties and that this agreement supersedes any language to the contrary in the Lease Contract. Accordingly, our insurance carrier may sue you for losses it pays as a result of your negligence and your insurance carrier may sue us for losses it pays as a result of our negligence.

6. **Your Insurance Coverage.** By signing this addendum, you acknowledge that you have purchased (or will purchase) the insurance described in paragraphs 2 and 3, and that you will provide written proof of this insurance to on-site staff prior to taking possession of the apartment. You further acknowledge that you will keep this insurance policy in-force for the entire term of the lease and provide written proof of active renter's liability coverage upon request. If any material terms of your insurance policy change, you agree to promptly provide proof of the modified policy terms to the on-site staff. For the purposes of this paragraph, either the written policy itself or the declaration page to the policy shall constitute written proof.

7. **Default.** Unless otherwise prohibited by law, any default under the terms of this Addendum shall be deemed an immediate, material and incurable default under the terms of the Lease Contract, and we shall be entitled to exercise all rights and remedies under the law. If you allow your outside policy to expire or cancel, you will be in default under the terms of your lease. If you fail to provide written proof of insurance as required by paragraph 6, we reserve the right to procure coverage to address the deficiency and you agree to reimburse us in the form of a $15.00 Lease Violation Fee for all costs and administrative expenses associated with such a purpose. The Lease Violation Fee is not prorated. In addition, you will be listed on our Blanket Renter Protection Policy and will not receive a copy of the policy as you are not the policy holder. We may continue to charge you for such insurance coverage until such time as you provide proof of insurance pursuant to paragraph 6.

8. **Miscellaneous.** Except as specifically stated in this Addendum, all other terms and conditions of the Lease Contract shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease Contract, the terms of this Addendum shall control.

## IMPORTANT DISCLOSURES – READ CAREFULLY BEFORE SIGNING

1. **The insurance required by the Lease Contract is not required by any law. Your obligation to provide insurance stems solely from the Lease Contract.**
2. **The insurance required by the Lease is not an attempt to limit the Owner's liability for its own negligence or your liability for your own negligence.**
3. **Owner may be receiving remuneration from insurance companies where permitted by law. CAS Insurance Agency, a licensed affiliate of the property manager, may also receive compensation on policies issued by some insurance companies for administrative or marketing support.**
4. **The insurance required by the Lease Contract is not in lieu of, or in any way a component of, the security deposit required by the Lease Contract.**
5. **You understand that every term of the agreement between you and the Owner is set forth in the Lease Contract, any addenda thereto, and in the Rules and Regulations which collectively constitute the entire agreement between you and the Owner. There are no other terms except those which may be implied by law.**
6. **You agree that you have not received any oral representations from Owner or any representative of Owner which are inconsistent with or not contained in the Lease Contract, the addenda attached to the Lease Contract, or in the Rules and Regulations. If you have received any such oral representations, you agree that you did not rely on them to decide to enter in the Lease Contract or this Addendum.**

GREYSTAR®

Resident or Residents
*[All residents must sign here]*

Owner or Owner's Representative
*[signs here]*

Date of Lease Contract

COLORADO APARTMENT ASSOCIATION

# LEASE ADDENDUM
# FOR REMOTE CONTROL, CARD, OR CODE ACCESS GATE

NATIONAL APARTMENT ASSOCIATION

1. Apartment Description. Apt. No. 0727, 2525 E 104th Ave Unit 727 (street address) in Denver (city) Colorado, 80233 (zip code)

2. Lease Contract Description.
Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents (list all residents): Charles Blanchard JR, Susan Harvey

To the extent any terms of this Addendum conflict with the Lease Contract, the terms of this Addendum are controlling.

3. Remote control/cards/code for gate access.
☐ **Remote control for gate access.** Each person who is 18 years of age or older and listed as a resident on the lease will be given a remote control at no cost to use during his or her residency. Each additional remote control for you or your children or other occupants will require a $ ______ non-refundable fee.

☐ **Cards for gate access.** Each person who is 18 years of age or older and listed as a resident on the lease will be given a card at no cost to use during his or her residency. Each additional card for you or your children or other occupants will require a $ ______ non-refundable fee.

☐ **Code for gate access.** Each resident will be given, at no cost, an access code (keypad number) for the pedestrian or vehicular access gates. It is to be used only during your residency. We may change the access code at any time and will notify you of any such changes.

4. Damaged, lost or unreturned remote controls, cards or code changes.
☐ If a remote control is lost, stolen or damaged, a $ ______ fee will be charged for a replacement. If a remote control is not returned or is returned damaged when you move out, there will be a $ ______ deduction from the security deposit.

☐ If a card is lost, stolen or damaged, a $ ______ fee will be charged for a replacement card. If a card is not returned or is returned damaged when you move out, there will be a $ ______ deduction from the security deposit.

☐ We may change the code(s) at any time and notify you accordingly.

5. **Report damage or malfunctions.** Please immediately report to the office any malfunction or damage to gates, fencing, locks or related equipment.

6. **Follow written instructions.** We ask that you and all other occupants read the written instructions that have been furnished to you regarding the access gates. This is important because if the gates are damaged by you or your family, guest or invitee through negligence or misuse, you are liable for the damages under your lease, and collection of damage amounts will be pursued.

7. **Personal injury and/or personal property damage.** Except as specifically required by law, we have no duty to maintain the gates and cannot guaranty against gate malfunctions. We make no representations or guarantees to you concerning security of the community. Any measures, devices, or activities taken by us are solely for the benefit of us and for the protection of our property and interests, and any benefit to you of the same is purely incidental. Anything mechanical or electronic is subject to malfunction. Fencing, gates or other devices will not prevent all crime. No security system or device is foolproof or 100 percent successful in deterring crime. Crime can still occur. Protecting residents, their families, occupants, guests and invitees from crime is the sole responsibility of residents, occupants and law enforcement agencies. You should first call 911 or other appropriate emergency police numbers if a crime occurs or is suspected. We are not liable to any resident, family member, guest, occupant or invitee for personal injury, death or damage/loss of personal property from incidents related to perimeter fencing, automobile access gates and/or pedestrian access gates. We reserve the right to modify or eliminate security systems other than those statutorily required. You will be held responsible for the actions of any persons to whom you provide access to the community.

8. Rules in using vehicle gates.
   - Always approach entry and exit gates with caution and at a very slow rate of speed.
   - Never stop your car where the gate can hit your vehicle as the gate opens or closes.
   - Never follow another vehicle into an open gate. Always use your card to gain entry.
   - Report to management the vehicle license plate number of any vehicle that piggybacks through the gate.
   - Never force the gate open with your car.
   - Never get out of your vehicle while the gates are opening or closing.
   - If you are using the gates with a boat or trailer, please contact management for assistance. The length and width of the trailer may cause recognition problems with the safety loop detector and could cause damage.
   - Do not operate the gate if there are persons nearby who might get caught in it as it opens or closes.
   - If you lose your card, please contact the management office immediately.
   - Do not give your card or code to anyone else.
   - Do not tamper with gate or allow your occupants to tamper or play with gates.

9. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

Resident or Residents
(All residents must sign here)

[signature: Susan Harvey]
[signature]

Owner or Owner's Representative
(signs here)

Date of Lease Contract

July 24, 2016

Charles Blanchard JR, Susan Harvey

© 2015, National Apartment Association, Inc. - 7/2015, Colorado

CAA COLORADO APARTMENT ASSOCIATION

# NO-SMOKING ADDENDUM

Date: July 25, 2016
(when this Addendum is filled out)

NATIONAL APARTMENT ASSOCIATION

*All use of any tobacco product involving smoking, burning, or combustion of any product is prohibited in any portion of the apartment Community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Apartment Description.** Apt No. 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*

2. **Lease Contract Description.**
Lease Contract date: July 24, 2016
Owner's name: Bel Thornton I LLC, and BEL Thornton II LLC

Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

3. **Smoking Anywhere Inside Buildings of the Apartment Community is Strictly Prohibited.** All forms and use of lighted or burning of any products and smoking of any products inside any apartment, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this Addendum and the Lease Contract.

The prohibition on use of any lighted or burning products or smoking of any products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, apartments, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds.

**Smoking Outside Buildings of the Apartment Community.** Smoking is permitted only in specially designated areas outside the buildings of the apartment community and in accordance with state law. The smoking-permissible areas are marked by signage.

Smoking on balconies, patios, and limited common areas attached to or outside of your apartment ☐ is ☐ is not permitted.

The following outside areas of the community may be used for smoking: ______

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the apartments or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your apartment, other residents' apartments, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this Addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the apartment or building is in excess of normal wear and tear in our smoke free apartment community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their apartments, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of any form of any product, especially including but not limited to tobacco that is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the apartment for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for early move-out charges pursuant to paragraph 11 of the Lease Contract.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this Addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your apartment or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this Addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the apartment. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this Addendum. Before signing you must advise us whether you or anyone who will be living in your apartment is a smoker. You must check one of the following boxes.

☐ Neither you nor anyone who will be living in the apartment is a smoker.

☐ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*(All residents must sign here)*

[signature: Susan Harvey]

[signature]

Charles Blanchard JR, Susan Harvey

**Owner or Owner's Representative**
*(Sign here)*

07252016283901C013012350

© 2015 National Apartment Association, Inc. - 7/2015, Colorado

COLORADO APARTMENT ASSOCIATION

# LEASE ADDENDUM REGARDING LIMITED WAIVER AND MODIFICATION OF RIGHTS UNDER U.S. SERVICEMEMBERS CIVIL RELIEF ACT

NATIONAL APARTMENT ASSOCIATION

1. **Apartment Description.** Apt. No. 0727, 2525 E 104th Ave Unit 727 *(street address)* in Denver *(city)*, Colorado, 80233 *(zip code)*.

2. **Lease Contract Description.** Lease Contract date: July 24, 2016
Owner'sname: Bel Thornton I LLC, and BEL Thornton II LLC

Residents *(list all residents)*: Charles Blanchard JR, Susan Harvey

For purposes of this Addendum, "you" means a servicemember as defined by the "U.S. Servicemembers Civil Relief Act" (SCRA).

3. **Reason for Addendum.** Congress has enacted into law the "U.S. Servicemembers Civil Relief Act"(SCRA). This law, among other things, modifies the rights of military personnel to terminate a lease in certain cases and provides that military personnel may waive their rights under the SCRA in certain circumstances. There are different interpretations of how the SCRA affects dependents' and occupants' rights to terminate a lease in the event of a deployment. This Addendum clarifies your rights and our obligations in the event of a deployment. This Addendum provides for a limited waiver of the terms of the SCRA. However, we agree to grant individuals covered by the SCRA and their spouses all of the rights described in this Addendum.

4. **Waiver and modification of the Lease Contract.** The language of the Military Personnel Clause of the NAA Lease Contract is entirely replaced by the language of this Addendum. A resident who is a servicemember on active military duty at the time of signing this Lease Contract and such resident's spouse waive for the purposes of this Lease Contract all rights under the SCRA, and shall instead have the rights and obligations set forth below.

5. **Military personnel right to terminate.** Except as provided in paragraphs 6 or 12 below, you or your spouse may terminate the Lease Contract if you enlist or are drafted or commissioned in the U.S. Armed Forces during the original or renewal Lease Contract term. You or your spouse also may terminate the Lease Contract if:

   (1) you are (i) a member of the U.S. Armed Forces or reserves on active duty *or* (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by the President; *and*

   (2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

   If you or your spouse terminates under this Addendum, we must be furnished with a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or letter. Military permission for base housing does not constitute permanent change-of-station orders.

6. **Exception for termination upon deployment orders.** If you or your spouse are terminating the Lease Contract due to deployment orders, you or your spouse may terminate the Lease Contract only on the condition that during the remainder of the original or renewal Lease Contract term neither you nor your spouse will accept an assignment for or move into base housing, or move into other housing located within 45 miles of the dwelling unit described above.

   If you or your spouse terminate the Lease Contract and violate this paragraph, the Lease Contract shall be deemed to have not been legally terminated and you and your spouse shall be in default under the Lease Contract. In that event, we will have all legal remedies, including those described in the Lease Contract, such as charging a reletting fee or liquidated damages under paragraph 11 and accelerating rent under paragraph 32.

7. **Effect of housing allowance continuation.** The fact that the servicemember continues to receive a housing allowance for the servicemember's spouse and/or dependents after deployment does not affect the right of the servicemember or the servicemember's spouse to terminate unless otherwise stated in paragraph 12 of this Addendum.

8. **Other co-residents.** A co-resident who is not a spouse of a servicemember may not terminate under this Addendum. Your and your spouse's right to terminate the Lease Contract under this Addendum only affect the Lease Contract as it applies to you and your spouse—other residents' rights and obligations under the Lease Contract remain unchanged.

9. **Termination date.** If you or your spouse terminates under this Addendum, all rights and obligations of you and your spouse under the Lease Contract will be terminated 30 days after the date on which the next rental payment is due, with the exception of obligations arising before the termination date and lawful security deposit deductions.

10. **Representations.** Unless you state otherwise in paragraph 12 of this Addendum, you represent when signing this Addendum that: (1) you have not already received deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. In the event you make a false representation of the above, we will have all legal remedies, including those described in paragraphs 11 and 32 of the Lease Contract. You must immediately notify us if you are called to active duty or receive deployment or permanent change of station orders.



© 2015, National Apartment Association, Inc. - 7/2015, Colorado

11. **Other rights unchanged.** All other contractual rights and duties of both you and us under the Lease Contract remain unchanged.

12. **Additional Provisions.** The following provisions will supersede any conflicting provisions of the Lease Contract and this Addendum.

Resident or Residents
*(All residents must sign here)*

Owner or Owner's Representative
*(signs here)*

Date of Lease Contract

July 24, 2016

Charles Blanchard JR, Susan Harvey



© 2015, National Apartment Association, Inc. - 7/2015, Colorado

**Susan Harvey**

| | |
|---|---|
| **From:** | no-reply@realpage.com |
| **Sent:** | Tuesday, November 8, 2016 5:22 PM |
| **To:** | equine73@comcast.net |
| **Subject:** | Final account statement from Champions Park |

Final account statement
Sheldon, Anne; Blanchard, Charles; Harvey, Susan
2525 E 104th Ave Unit 727
Please Forward
Thornton, CO 80233-3758
Champions Park
2525 E 104th Ave
Thornton, CO 80233-6174

**Final account statement**

| Ledger Account at move-out | |
|---|---|
| Early termination fee | 2,201.00 |
| Insufficient notice fee | 2,762.00 |
| Balance at move-out | 4,963.00 |

* See the itemized charges for a complete listing of the work.

| Deposit Activities | |
|---|---|
| Prepaid moved to Deposit Ledger | (50.00) |
| Total Deposits on hand | (50.00) |

| Additional charges/credits/payments after move-out | |
|---|---|
| 16 holes | 80.00 |
| 4 drip pans | 14.00 |
| shower towel bar replace | 5.00 |
| Utilities 9/26-11/05/2016 | 121.05 |
| Total additional charges / credits / payments | 220.05 |

| Final Account balance | |
|---|---|
| Balance at move-out | 4,963.00 |
| Total Deposits | (50.00) |
| Total additional charges / credits / payments | 220.05 |
| Total account balance due | 5,133.05 |

| FAS Prepared | |
|---|---|
| Date | 11/08/2016 |
| User | Unrein, Alexandria |

**Pay to**

Champions Park
2525 E 104th Ave
Thornton, CO 80233-6174

| Lease information - Unit 0727 | |
|---|---|
| Move-in | 08/06/2015 |
| Notice given | |
| Lease expires | 07/27/2017 |
| Move-out | 11/08/2016 |
| Move-out reason | Bought home/condo |

**Thank you for choosing Champions Park as your home. Please refer to the above listed charges and remit payment or contact our office to make payment arrangements. If your departure is not due to an early termination as a result of abandonment or eviction, you will have 30-days to remit payment or your account will be turned over to our collection agency. Please feel free to contact our office with any questions at (303) 474-8040.**

Manager

DEPT 855 9592299016126
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

SUSAN HARVEY
2525 E 104TH AVE UNIT 727
THORNTON CO 80233-3758

**National Credit Systems, Inc**
**P.O. Box 312125 Atlanta, GA 31131-2125**
**Phone: (404) 629-2728**
**Toll Free: (800) 459-1539**

Use QR code to gain immediate access for payment.
www.nationalcreditsystems.com

December 21, 2016

Re: CHAMPIONS PARK APTS / GREYSTAR / 727
Account #: 3479282
Balance: $5133.05

Dear SUSAN HARVEY,

We regret that you have failed to make suitable arrangements concerning the above referenced obligation.

Be advised, we are processing this account for placement on your credit history with all three national credit bureaus. If so reported, your ability to obtain credit, rent, or secure favorable interest rates may be affected for seven years from the date of delinquency.

However, it is not too late for us to place a hold on your account if you act now. You may be able to avoid adverse credit reporting entirely if we can work out a reasonable arrangement.

Our representatives will take your individual situation into consideration.

We urge you to contact our office before this debt is placed on your credit record and to avoid other collection remedies available under the law.

Cordially,

WILLIE LOVE
Collection Representative
404-592-0237 800-458-8574

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.

Local Office:
1776 South Jackson Street, #900,
Denver, CO 80210
720-287-8669

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

EXHIBIT 5-1

ATL20-1220-811059224-01682-1682

DEPT 855 9592299116124
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

CHARLES BLANCHARD
2525 E 104TH AVE UNIT 727
THORNTON CO 80233-3758

**National Credit Systems, Inc**
P.O. Box 312125 Atlanta, GA 31131-2125
Phone: (404) 629-2728
Toll Free: (800) 459-1539

Use QR code to gain immediate access for payment.
www.nationalcreditsystems.com

Re: CHAMPIONS PARK APTS / GREYSTAR / 727
Account #: 3479282
Balance: $5133.05

December 21, 2016

Dear CHARLES BLANCHARD,

We regret that you have failed to make suitable arrangements concerning the above referenced obligation.

Be advised, we are processing this account for placement on your credit history with all three national credit bureaus. If so reported, your ability to obtain credit, rent, or secure favorable interest rates may be affected for seven years from the date of delinquency.

However, it is not too late for us to place a hold on your account if you act now. You may be able to avoid adverse credit reporting entirely if we can work out a reasonable arrangement.

Our representatives will take your individual situation into consideration.

We urge you to contact our office before this debt is placed on your credit record and to avoid other collection remedies available under the law.

Cordially,

WILLIE LOVE
Collection Representative
404-592-0237 800-458-8574

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.

Local Office:
1776 South Jackson Street, #900,
Denver, CO 80210
720-287-8669

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**



ATL20-1220-811059225-01683-1683

**National**
**Credit Systems, Inc.**

*P.O. Box 312125 Atlanta, GA 31131 (800) 459-1539 (404) 629-2728*
*Monday - Thursday 8:00 a.m. - 7:00 p.m., Friday 8:00 a.m. - 5:00 p.m.*

---

02/15/2017

O'rourke Law Firm
155 MADISON ST STE 200
Denver CO 80206

Our Client: CHAMPIONS PARK APTS / GREYSTAR
Client Account Number: 727
NCS Account Number: 3479282

Re Your Client: Susan Harvey
Balance: $2,932.05

Enclosed you will find revised documentation provided by our client pertaining to the above referenced account.

Please have your client remit payment on this account to National Credit Systems, Inc. at the above address.

If you have any questions concerning these documents or the above referenced account, please contact our office immediately.

Sincerely,

JIM BEACHUM
Collection Representative
404-592-0227 or
LTR 64 CO

Please direct all correspondence to:
NATIONAL CREDIT SYSTEMS, INC., PO Box 312125, Atlanta, GA 31131-2125
For information about the Colorado Fair Debt Collection Practices Act, see
HTTP://WWW.COLORADOATTORNEYGENERAL.GOV/CA
1776 South Jackson Street, #900, Denver CO 80210 303-753-0945
This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for this purpose.

EXHIBIT 6-1

Champions Park
2525 E 104th Ave
Thornton, CO 80233-6174

Sheldon, Anne; Blanchard, Charles; Harvey, Susan
2525 E 104th Ave Unit 727
Please Forward
Thornton, CO 80233-3758

## Final account statement

| Ledger Account at move-out | |
|---|---|
| ~~Early termination fee~~ (Removed) | ~~2,201.00~~ |
| Insufficient notice fee | 2,762.00 |
| Balance at move-out | 4,963.00 |

* See the itemized charges for a complete listing of the work

| Deposit Activities | |
|---|---|
| Prepaid moved to Deposit Ledger | (50.00) |
| Total Deposits on hand | (50.00) |

| Additional charges/credits/payments after move-out | |
|---|---|
| 16 holes | 80.00 |
| 4 drip pans | 14.00 |
| shower towel bar replace | 5.00 |
| Utilities 9/26-11/05/2016 | 121.05 |
| Total additional charges / credits / payments | 220.05 |

| Final Account balance | |
|---|---|
| Balance at move-out | 4,963.00 |
| Total Deposits | (50.00) |
| Total additional charges / credits / payments | 220.05 |
| Total account balance due | ~~5,133.05~~ |

TOTAL DUE: $2,932.05

| FAS Prepared | |
|---|---|
| Date | 11/08/2016 |
| User | Unrein, Alexandria |

**Pay to**

Champions Park
2525 E 104th Ave
Thornton, CO 80233-6174

| Lease Information - Unit 0727 | |
|---|---|
| Move-in | 08/08/2015 |
| Notice given | |
| Lease expires | 07/27/2017 |
| Move-out | 11/08/2016 |
| Move-out reason | Bought home/condo |

Thank you for choosing Champions Park as your home. Please refer to the above listed charges and remit payment or contact our office to make payment arrangements. If your departure is not due to an early termination as a result of abandonment or eviction, you will have 30-days to remit payment or your account will be turned over to our collection agency. Please feel free to contact our office with any questions at (303) 474-8040.

Manager



EXHIBIT 6-2