# EXHIBIT B

DISTRICT COURT, ADAMS COUNTY
STATE OF COLORADO

| | |
|---|---|
| SUSAN HARVEY, an individual, and CHARLES BLANCHARD JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. a Georgia corporation, GREP SOUTHWEST, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 17-cv-31538 |

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that Defendant National Credit Systems, Inc. ("NCS") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the District of Colorado (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the District Court for Adams County, State of Colorado are hereby stayed unless or until this action is remanded.

Respectfully Submitted,

/s/ Charity A. Olson

Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

Dated: October 6, 2017

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby certify that on October 6, 2017, a copy of the foregoing Notice of Removal was served upon the following parties:

Via FedEx Standard Overnight
Adams County District Court
District Civil Division – Clerk
1100 Judicial Center Drive
Brighton, CO 80601

Via U.S. First Class Mail
Adam J. O'Rourke
O'Rourke Law Firm, LLC
155 Madison Street Suite 200
Denver, CO 80206

The Corporation Company
c/o GREP Southwest, LLC
7700 E. Arapahoe Rd., Ste. 220
Centennial, CO 80112

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**