IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02412-MEH

SUSAN HARVEY, and
CHARLES BLANCHARD, JR.,

Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC., and
GREP SOUTHWEST, LLC,

Defendants.

---

**ORDER DISMISSING DEFENDANT**

---

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs' Motion to Dismiss National Credit Systems, Inc. [filed May 22, 2018; ECF No. 37] is **granted**. Defendant National Credit Systems, Inc. is dismissed with prejudice, which each party will pay his, her, or its own attorney's fees and costs.

Dated at Denver, Colorado this 23rd day of May, 2018.

BY THE COURT:



Michael E. Hegarty
United States Magistrate Judge