IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02412-MEH

SUSAN HARVEY, and
CHARLES BLANCHARD, JR.,

Plaintiffs,

v.

GREP SOUTHWEST, LLC,

Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a), the Joint Motion to Dismiss Case with Prejudice [filed September 26, 2018; ECF No. 45] is **granted**. The matter is dismissed with prejudice, as requested, and all remaining deadlines and conference dates are hereby **vacated**, including the Final Pretrial Conference set for October 30, 2018. Each party will pay his, her, or its own attorney's fees and costs.

Dated at Denver, Colorado this 27th day of September, 2018.

BY THE COURT:

Michael E. Hegarty

Michael E. Hegarty
United States Magistrate Judge